**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| NEODRON, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | Case No. 6:20-cv-00212-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF JOHN M. GUARAGNA IN SUPPORT OF APPLE'S OPENING CLAIM CONSTRUCTION BRIEF ON THE TERMS OF U.S. PAT. NOS. 7,821,502, 9,823,784, AND 10,146,351**

I, John M. Guaragna, hereby declare as follows:

1. I am an attorney at DLA Piper LLP (US), counsel of record in this action for Defendant Apple Inc. I am a member of the Bar of the State of Texas and have been admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of the D.I. 82 in case No. 1:19-cv-00819-ADA (WDTX), "Joint Claim Construction Statement."

3. Attached as Exhibit 2 is a true and correct copy of the D.I. 64-1 in case No. 1:19-cv-00819-ADA (WDTX), "Declaration of Richard A. Flasck in Support of Neodron Ltd.'s Opening Claim Construction Briefs."

4. Attached as Exhibit 3 is a true and correct copy of the D.I. 60 in case No. 1:19-cv-00819-ADA (WDTX), "Defendants' Opening Claim Construction Brief on the Disputed Terms of the Touch Sensor Patents (U.S. Patent Nos. 8,946,574; 9,086,770; 9,823,784; 10,088,960; and 7,821,502)."

5. Attached as Exhibit 4 is a true and correct copy of the D.I. 66 in case No. 1:19-cv-00819-ADA (WDTX), "Defendants' Responsive Claim Construction Brief on the Disputed Terms of the Touch Sensor Patents (U.S. Patent Nos. 8,946,574; 9,086,770; 9,823,784; 10,088,960; and 7,821,502)."

6. Attached as Exhibit 5 is a true and correct copy of the D.I. 72 in case No. 1:19-cv-00819-ADA (WDTX), "Defendants' Reply Claim Construction Brief on the Disputed Terms of the Touch Sensor Patents."

7. Attached as Exhibit 6 is a true and correct copy of "Response Under 37 C.F.R. 1.111," with a February 19, 2013, mailroom date in U.S. Pat. App. No. 12/959,166.

8. Attached as Exhibit 7 is a true and correct copy of William H. Hayt, Jr., Jack E. Kemmerly, Steven M. Durbin, *Engineering Circuit Analysis* pp. 9-23 (7th ed. 2007).

9. Attached as Exhibit 8 is a true and correct copy of William H. Hayt, Jr. and Jack E. Kemmerly, Steven M. Durbin, *Engineering Circuit Analysis* pp. 17-21 (4th ed. 1986).

10. Attached as Exhibit 9 is a true and correct copy of Standards Coordinating Committee 10, Terms and Definitions, Jane Radatz, Chair, *The IEEE Standard Dictionary of Electrical and Electronics Terms* pp. 156-58 (6th ed. 1996).

11. Attached as Exhibit 10 is a true and correct copy of *Dictionary of Computing* p. 63 (6th ed. 2010).

12. Attached as Exhibit 11 is a true and correct copy of Richard Dorf and James Svoboda, *Introduction to Electric Circuits* pp. 1-4 (8th ed. 2010).

13. Attached as Exhibit 12 is a true and correct copy Ronald Scott, *Linear Circuits* pp. 2-4 (1960).

14. Attached as Exhibit 13 is a true and correct copy of Fawwaz Ulaby and Michel Maharbiz, *Circuits* pp. 1-3 (2010).

15. Attached as Exhibit 14 is a true and correct copy of Angus Stevenson and Christine Lindberg, editors, *New Oxford American Dictionary* pp. 314-15 (3rd ed. 2010).

16. Attached as Exhibit 15 is a true and correct copy of the *Merriam-Webster's Collegiate Dictionary* p. 224 (11th ed. 2009).

17. Attached as Exhibit 16 is a true and correct copy of the "Response Pursuant to 37 C.F.R. § 1.116," dated May 15, 2018, in U.S. Pat. App. No. 14/981,510.

18. Attached as Exhibit 17 is a true and correct copy of the *Webster's New Universal Unabridged Dictionary* p. 523 (2d ed. 2003).

19. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 23rd day of October 2020, in Austin, Texas.

*/s/ John M. Guaragna*
John M. Guaragna