# EXHIBIT 7

# Engineering Circuit Analysis

seventh edition



William H. Hayt, Jr.
Jack E. Kemmerly
Steven M. Durbin



# ENGINEERING CIRCUIT ANALYSIS

SEVENTH EDITION

**William H. Hayt, Jr. (late)**
*Purdue University*

**Jack E. Kemmerly (late)**
*California State University*

**Steven M. Durbin**
*University of Canterbury*
*Te Whare Wānanga o Waitaha*

Mc Graw Hill **Higher Education**

Boston Burr Ridge, IL Dubuque, IA Madison, WI New York San Francisco St. Louis
Bangkok Bogotá Caracas Kuala Lumpur Lisbon London Madrid Mexico City
Milan Montreal New Delhi Santiago Seoul Singapore Sydney Taipei Toronto

The McGraw-Hill Companies

Higher Education

ENGINEERING CIRCUIT ANALYSIS, SEVENTH EDITION

Published by McGraw-Hill, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY 10020. Copyright © 2007 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

2 3 4 5 6 7 8 9 0 DOW/DOW 0 9 8 7

ISBN-13 978–0–07–286611–7
ISBN-10 0–07–286611–X

Publisher: *Suzanne Jeans*
Senior Sponsoring Editor: *Michael S. Hackett*
Senior Developmental Editor: *Melinda D. Bilecki*
Executive Marketing Manager: *Michael Weitz*
Senior Project Manager: *Kay J. Brimeyer*
Senior Production Supervisor: *Laura Fuller*
Lead Media Project Manager: *Audrey A. Reiter*
Associate Media Producer: *Christina Nelson*
Senior Coordinator of Freelance Design: *Michelle D. Whitaker*
Cover Designer: *Christopher Reese*
Interior Designer: *John Walker Design*
Senior Photo Research Coordinator: *John C. Leland*
Photo Research: *Jerry Marshall*
Supplement Producer: *Tracy L. Konrardy*
Compositor: *Interactive Composition Corporation*
Typeface: *10/12 Times Roman*
Printer: *R. R. Donnelley Willard, OH*

(USE) Cover Images: Aeroplane cockpit image: © *PhotoLink/Getty Images*
Wind turbines: *Russell Illig/Getty Images*
Fluke Graphic Multimeter: *Courtesy of Fluke Corporation*
Intel® Pentium® M Processor (Dothan) Die: *Courtesy of Intel Corporation*

**Library of Congress Cataloging-in-Publication Data**

Hayt, William Hart, 1920–
Engineering circuit analysis / William H. Hayt, Jr., Jack E. Kemmerly, Steven M. Durbin. — 7th ed.
p. cm.
Includes index.
ISBN 978–0–07–286611–7 — ISBN 0–07–286611–X (hard copy : alk. paper)
1. Electric circuit analysis. 2. Electric network analysis. I. Kemmerly, Jack E. (Jack Ellsworth), 1924–. II. Durbin, Steven M. III. Title.

TK454.H4 2007
621.319'2—dc22

2005033982
CIP

www.mhhe.com

and
nd to
e, or
for a
ch to

two
cess.
er as

espe-
cher,
ss of



CHAPTER 2

# Basic Components and Electric Circuits

**KEY CONCEPTS**

- Basic Electrical Quantities and Associated Units: Charge, Current, Voltage, and Power
- Current Direction and Voltage Polarity
- The Passive Sign Convention for Calculating Power
- Ideal Voltage and Current Sources
- Dependent Sources
- Resistance and Ohm's Law

## INTRODUCTION

The primary topic of this text is the analysis of electrical circuits and systems. In conducting a particular analysis, we often find ourselves seeking specific *currents, voltages,* or *powers,* so we begin with a brief description of these quantities. In terms of components that can be used to build electrical circuits, we have quite a few from which to choose. So as not to overwhelm, we initially focus on the *resistor,* a simple passive component, and a range of idealized active sources of voltage and current. As we move forward, new components will be added to the inventory to allow more complex (and useful) circuits to be considered.

One quick word of advice before we begin: Pay close attention to the role of "+" and "−" signs when labeling voltages, and the significance of the arrow in defining current; they often make the difference between wrong and right answers.

## 2.1 UNITS AND SCALES

In order to state the value of some measurable quantity, we must give both a *number* and a *unit,* such as "3 inches." Fortunately, we all use the same number system. This is not true for units, and a little time must be spent in becoming familiar with a suitable system. We must agree on a standard unit and be assured of its permanence and its general acceptability. The standard unit of length, for example, should not be defined in terms of the distance between two marks on a certain rubber band; this is not permanent, and furthermore everybody else is using another standard.

We have very little choice open to us with regard to a system of units. The one we will use was adopted by the National Bureau of Standards in 1964; it is used by all major professional engineering

societies and is the language in which today's textbooks are written. This is the International System of Units (abbreviated ***SI*** in all languages), adopted by the General Conference on Weights and Measures in 1960. Modified several times since, the SI is built upon seven basic units: the *meter, kilogram, second, ampere, kelvin, mole,* and *candela* (see Table 2.1). This is a "metric system," some form of which is now in common use in most countries of the world, although it is not yet widely used in the United States. Units for other quantities such as volume, force, energy, etc., are derived from these seven base units.

Units named after a person (e.g., the kelvin, after Lord Kelvin, a professor at the University of Glasgow) are written in lowercase, but abbreviated using an uppercase letter.

TABLE **2.1** SI Base Units

| Base Quantity | Name | Symbol |
|---|---|---|
| length | meter | m |
| mass | kilogram | kg |
| time | second | s |
| electric current | ampere | A |
| thermodynamic temperature | kelvin | K |
| amount of substance | mole | mol |
| luminous intensity | candela | cd |

The "calorie" used with food, drink, and exercise is really a kilocalorie, 4.187 J.

The fundamental unit of work or energy is the ***joule*** (J). One joule (a kg $m^2$ $s^{-2}$ in SI base units) is equivalent to 0.7376 foot pound-force (ft-lbf). Other energy units include the calorie (cal), equal to 4.187 J; the British thermal unit (Btu), which is 1055 J; and the kilowatthour (kWh), equal to $3.6 \times 10^6$ J. Power is defined as the *rate* at which work is done or energy is expended. The fundamental unit of power is the ***watt*** (W), defined as 1 J/s. One watt is equivalent to 0.7376 ft-lbf/s or, equivalently, 1/745.7 horsepower (hp).

The SI uses the decimal system to relate larger and smaller units to the basic unit, and employs prefixes to signify the various powers of 10. A list of prefixes and their symbols is given in Table 2.2; the ones most commonly encountered in engineering are highlighted.

TABLE **2.2** SI Prefixes

| Factor | Name | Symbol | Factor | Name | Symbol |
|---|---|---|---|---|---|
| $10^{-24}$ | yocto | y | $10^{24}$ | yotta | Y |
| $10^{-21}$ | zepto | z | $10^{21}$ | zetta | Z |
| $10^{-18}$ | atto | a | $10^{18}$ | exa | E |
| $10^{-15}$ | femto | f | $10^{15}$ | peta | P |
| $10^{-12}$ | pico | p | $10^{12}$ | tera | T |
| $10^{-9}$ | nano | n | $10^{9}$ | giga | G |
| $10^{-6}$ | micro | $\mu$ | $10^{6}$ | mega | M |
| $10^{-3}$ | milli | m | $10^{3}$ | kilo | k |
| $10^{-2}$ | centi | c | $10^{2}$ | hecto | h |
| $10^{-1}$ | deci | d | $10^{1}$ | deka | da |

These prefixes are worth memorizing, for they will appear often both in this text and in other technical work. Combinations of several prefixes, such as the millimicrosecond, are unacceptable. It is worth noting that in terms of distance, it is much more common to see "micron ($\mu$m)" as opposed to "micrometer," and often the angstrom (Å) is used for $10^{-10}$ meters. Also, in circuit analysis and engineering in general, it is fairly common to see numbers expressed in what are frequently termed "engineering units." In engineering notation, a quantity is represented by a number between 1 and 999 and an appropriate metric unit using a power divisible by 3. So, for example, it is preferable to express the quantity 0.048 W as 48 mW, instead of 4.8 cW, $4.8 \times 10^{-2}$ W, or 48,000 $\mu$W.

**PRACTICE**

2.1 A krypton fluoride laser emits light at a wavelength of 248 nm. This is the same as: (*a*) 0.0248 mm; (*b*) 2.48 $\mu$m; (*c*) 0.248 $\mu$m; (*d*) 24,800 Å.

2.2 In a certain digital integrated circuit, a logic gate switches from the "on" state to the "off" state in 1 ns. This corresponds to: (*a*) 0.1 ps; (*b*) 10 ps; (*c*) 100 ps; (*d*) 1000 ps.

2.3 A typical incandescent reading lamp runs at 60 W. If it is left on constantly, how much energy (J) is consumed per day, and what is the weekly cost if energy is charged at a rate of 12.5 cents per kilowatthour?

Ans: 2.1 (c); 2.2 (d); 2.3 5.18 MJ, $1.26.

## 2.2 CHARGE, CURRENT, VOLTAGE, AND POWER

### Charge

One of the most fundamental concepts in electric circuit analysis is that of charge conservation. We know from basic physics that there are two types of charge: positive (corresponding to a proton), and negative (corresponding to an electron). For the most part, this text is concerned with circuits in which only electron flow is relevant. There are many devices (such as batteries, diodes, and transistors) in which positive charge motion is important to understanding internal operation, but external to the device we typically concentrate on the electrons which flow through the connecting wires. Although we continuously transfer charges between different parts of a circuit, we do nothing to change the total amount of charge. In other words, we neither create nor destroy electrons (or protons) when running electric circuits.[1] Charge in motion represents a *current.*

In the SI system, the fundamental unit of charge is the ***coulomb*** (C). It is defined in terms of the ***ampere*** by counting the total charge that passes through an arbitrary cross section of a wire during an interval of one second; one coulomb is measured each second for a wire carrying a current of 1 ampere (Fig. 2.1). In this system of units, a single electron has a charge of $-1.602 \times 10^{-19}$ C and a single proton has a charge of $+1.602 \times 10^{-19}$ C.

(1) Although the occasional appearance of smoke may seem to suggest otherwise. . .

As seen in Table 2.1, the base units of the SI are not derived from fundamental physical quantities. Instead, they represent historically agreed upon measurements, leading to definitions which occasionally seem backward. For example, it would make more sense physically to define the ampere based on electronic charge.




**FIGURE 2.1** The definition of current illustrated using current flowing through a wire; 1 ampere corresponds to 1 coulomb of charge passing through the arbitrarily chosen cross section in 1 second.

A quantity of charge that does not change with time is typically represented by $Q$. The instantaneous amount of charge (which may or may not be time-invariant) is commonly represented by $q(t)$, or simply $q$. This convention is used throughout the remainder of the text: capital letters are reserved for constant (time-invariant) quantities, whereas lowercase letters represent the more general case. Thus, a constant charge may be represented by *either* $Q$ or $q$, but an amount of charge that changes over time *must* be represented by the lowercase letter $q$.

## Current

The idea of "transfer of charge" or "charge in motion" is of vital importance to us in studying electric circuits because, in moving a charge from place to place, we may also transfer energy from one point to another. The familiar cross-country power-transmission line is a practical example of a device that transfers energy. Of equal importance is the possibility of varying the rate at which the charge is transferred in order to communicate or transfer information. This process is the basis of communication systems such as radio, television, and telemetry.




**FIGURE 2.2** A graph of the instantaneous value of the total charge $q(t)$ that has passed a given reference point since $t = 0$.

The current present in a discrete path, such as a metallic wire, has both a *numerical value* and a *direction* associated with it; it is a measure of the rate at which charge is moving past a given reference point in a specified direction.

Once we have specified a reference direction, we may then let $q(t)$ be the total charge that has passed the reference point since an arbitrary time $t = 0$, moving in the defined direction. A contribution to this total charge will be negative if negative charge is moving in the reference direction, or if positive charge is moving in the opposite direction. As an example, Fig. 2.2 shows a history of the total charge $q(t)$ that has passed a given reference point in a wire (such as the one shown in Fig. 2.1).

We define the current at a specific point and flowing in a specified direction as the instantaneous rate at which net positive charge is moving past that point in the specified direction. This, unfortunately, is the historical definition, which came into popular use before it was appreciated that current in wires is actually due to negative, not positive, charge motion. Current is symbolized by $I$ or $i$, and so

$$i = \frac{dq}{dt} \qquad [1]$$

The unit of current is the ampere (A), named after A. M. Ampère, a French physicist. It is commonly abbreviated as an "amp," although this is unofficial and somewhat informal. One ampere equals 1 coulomb per second.

Using Eq. [1], we compute the instantaneous current and obtain Fig. 2.3. The use of the lowercase letter $i$ is again to be associated with an instantaneous value; an uppercase $I$ would denote a constant (i.e., time-invariant) quantity.

The charge transferred between time $t_0$ and $t$ may be expressed as a definite integral:

$$\int_{q(t_0)}^{q(t)} dq = \int_{t_0}^{t} i\, dt'$$

The total charge transferred over all time is thus given by

$$q(t) = \int_{t_0}^{t} i\, dt' + q(t_0) \qquad [2]$$




**FIGURE 2.3** The instantaneous current $i = dq/dt$, where $q$ is given in Fig. 2.2

epre-
ot be
ven-
erved
esent
either
ented

tance
ace to
miliar
levice
ng the
ansfer
ich as

both a
e rate
ection.
be the
$t = 0$,
will be
f posi-
ig. 2.2
erence

direc-
ng past
cal de-
current
rent is

[1]

French
official

ig. 2.3.
taneous
ntity.
ed as a

[2]

Several different types of current are illustrated in Fig. 2.4. A current that is constant in time is termed a direct current, or simply dc, and is shown by Fig. 2.4*a*. We will find many practical examples of currents that vary sinusoidally with time (Fig. 2.4*b*); currents of this form are present in normal household circuits. Such a current is often referred to as alternating current, or ac. Exponential currents and damped sinusoidal currents (Fig. 2.4*c* and *d*) will also be encountered later.

We establish a graphical symbol for current by placing an arrow next to the conductor. Thus, in Fig. 2.5*a* the direction of the arrow and the value 3 A indicate either that a net positive charge of 3 C/s is moving to the right or that a net negative charge of −3 C/s is moving to the left each second. In Fig. 2.5*b* there are again two possibilities: either −3 A is flowing to the left or +3 A is flowing to the right. All four statements and both figures represent currents that are equivalent in their electrical effects, and we say that they are equal. A nonelectrical analogy that may be easier to visualize is to think in terms of a personal savings account: e.g., a deposit can be viewed as either a *negative* cash flow *out of* your account or a *positive* flow *into* your account.

It is convenient to think of current as the motion of positive charge, even though it is known that current flow in metallic conductors results from electron motion. In ionized gases, in electrolytic solutions, and in some semiconductor materials, positively charged elements in motion constitute part or all of the current. Thus, any definition of current can agree with the physical nature of conduction only part of the time. The definition and symbolism we have adopted are standard.

It is essential that we realize that the current arrow does not indicate the "actual" direction of current flow but is simply part of a convention that allows us to talk about "the current in the wire" in an unambiguous manner. The arrow is a fundamental part of the definition of a current! Thus, to talk about the value of a current $i_1(t)$ without specifying the arrow is to discuss an undefined entity. For example, Fig. 2.6*a* and *b* are meaningless representations of $i_1(t)$, whereas Fig. 2.6*c* is the proper definitive symbology.




**FIGURE 2.4** Several types of current: (*a*) Direct current (dc). (*b*) Sinusoidal current (ac). (*c*) Exponential current. (*d*) Damped sinusoidal current.




**FIGURE 2.5** Two methods of representation for the exact same current.




**FIGURE 2.6** (*a*, *b*) Incomplete, improper, and incorrect definitions of a current. (*c*) the correct definition of $i_1(t)$.

**PRACTICE**

2.4 In the wire of Fig. 2.7, electrons are moving *left* to *right* to create a current of 1 mA. Determine $I_1$ and $I_2$.




**FIGURE 2.7**

Ans: $I_1 = -1$ mA; $I_2 = +1$ mA.




**FIGURE 2.8** A general two-terminal circuit element.




**FIGURE 2.9** (*a*, *b*) Terminal *B* is 5 V positive with respect to terminal *A*; (*c*, *d*) terminal *A* is 5 V positive with respect to terminal *B*.




**FIGURE 2.10** (*a*, *b*) These are inadequate definitions of a voltage. (*c*) A correct definition includes both a symbol for the variable and a plus-minus symbol pair.

## Voltage

We must now begin to refer to a circuit element, something best defined in general terms to begin with. Such electrical devices as fuses, light bulbs, resistors, batteries, capacitors, generators, and spark coils can be represented by combinations of simple circuit elements. We begin by showing a very general circuit element as a shapeless object possessing two terminals at which connections to other elements may be made (Fig. 2.8).

There are two paths by which current may enter or leave the element. In subsequent discussions we will define particular circuit elements by describing the electrical characteristics that may be observed at their terminals.

In Fig. 2.8, let us suppose that a dc current is sent into terminal *A*, through the general element, and back out of terminal *B*. Let us also assume that pushing charge through the element requires an expenditure of energy. We then say that an electrical voltage (or a *potential difference*) exists between the two terminals, or that there is a voltage "across" the element. Thus, the voltage across a terminal pair is a measure of the work required to move charge through the element. The unit of voltage is the volt,[2] and 1 volt is the same as 1 J/C. Voltage is represented by V or $v$.

A voltage can exist between a pair of electrical terminals whether a current is flowing or not. An automobile battery, for example, has a voltage of 12 V across its terminals even if nothing whatsoever is connected to the terminals.

According to the principle of conservation of energy, the energy that is expended in forcing charge through the element must appear somewhere else. When we later meet specific circuit elements, we will note whether that energy is stored in some form that is readily available as electric energy or whether it changes irreversibly into heat, acoustic energy, or some other nonelectrical form.

We must now establish a convention by which we can distinguish between energy supplied *to* an element and energy that is supplied *by* the element itself. We do this by our choice of sign for the voltage of terminal *A* with respect to terminal *B*. If a positive current is entering terminal *A* of the element and an external source must expend energy to establish this current, then terminal *A* is positive with respect to terminal *B*. Alternatively, we may say that terminal *B* is negative with respect to terminal *A*.

The sense of the voltage is indicated by a plus-minus pair of algebraic signs. In Fig. 2.9*a*, for example, the placement of the + sign at terminal *A* indicates that terminal *A* is $v$ volts positive with respect to terminal *B*. If we later find that $v$ happens to have a numerical value of −5 V, then we may say either that *A* is −5 V positive with respect to *B* or that *B* is 5 V positive with respect to *A*. Other cases are shown in Fig. 2.9*b*, *c*, and *d*.

Just as we noted in our definition of current, it is essential to realize that the plus-minus pair of algebraic signs does not indicate the "actual" polarity of the voltage but is simply part of a convention that enables us to talk unambiguously about "the voltage across the terminal pair." Note: *The definition of any voltage must include a plus-minus sign pair*! Using a quantity $v_1(t)$ without specifying the location of the plus-minus sign pair is using an undefined term. Figure 2.10*a* and *b* do *not* serve as definitions of $v_1(t)$; Fig. 2.10*c* does.

(2) We are probably fortunate that the full name of the 18th century Italian physicist, *Alessandro Giuseppe Antonio Anastasio Volta*, is not used for our unit of potential difference!

**PRACTICE**

2.5 For the element in Fig. 2.11, $v_1 = 17$ V. Determine $v_2$.




**FIGURE 2.11**

Ans: $v_2 = -17$ V.

## Power

We have already defined power, and we will represent it by $P$ or $p$. If one joule of energy is expended in transferring one coulomb of charge through the device in one second, then the rate of energy transfer is one watt. The absorbed power must be proportional both to the number of coulombs transferred per second (current) and to the energy needed to transfer one coulomb through the element (voltage). Thus,

$$p = vi \qquad [3]$$

Dimensionally, the right side of this equation is the product of joules per coulomb and coulombs per second, which produces the expected dimension of joules per second, or watts. The conventions for current, voltage, and power are shown in Fig. 2.12.




**FIGURE 2.12** The power absorbed by the element is given by the product $p = vi$. Alternatively, we can say that the element generates or supplies a power $-vi$.

We now have an expression for the power being absorbed by a circuit element in terms of a voltage across it and current through it. Voltage was defined in terms of an energy expenditure, and power is the rate at which energy is expended. However, no statement can be made concerning energy transfer in any of the four cases shown in Fig. 2.9, for example, until the direction of the current is specified. Let us imagine that a current arrow is placed alongside each upper lead, directed to the right, and labeled "+2 A." First, consider the case shown in Fig. 2.9$c$. Terminal $A$ is 5 V positive with respect to terminal $B$, which means that 5 J of energy is required to move each coulomb of positive charge into terminal $A$, through the object, and out terminal $B$. Since we are injecting +2 A (a current of 2 coulombs of positive charge per second) into terminal $A$, we are doing (5 J/C) × (2 C/s) = 10 J of work per second on the object. In other words, the object is absorbing 10 W of power from whatever is injecting the current.

We know from an earlier discussion that there is no difference between Fig. 2.9$c$ and Fig. 2.9$d$, so we expect the object depicted in Fig. 2.9$d$ to also be absorbing 10 W. We can check this easily enough: we are injecting +2 A into terminal $A$ of the object, so +2 A flows out of terminal $B$. Another way of saying this is that we are injecting −2 A of current into terminal $B$. It takes −5 J/C to move charge from terminal $B$ to terminal $A$, so the object is absorbing (−5 J/C) × (−2 C/s) = +10 W as expected. The only difficulty in describing this particular case is keeping the minus signs straight, but with a bit of care we see the correct answer can be obtained regardless of our choice of positive reference terminal (terminal $A$ in Fig. 2.9$c$, and terminal $B$ in Fig. 2.9$d$).

Now let's look at the situation depicted in Fig. 2.9*a*, again with +2 A injected into terminal *A*. Since it takes −5 J/C to move charge from terminal *A* to terminal *B*, the object is absorbing (−5 J/C) × (2 C/s) = −10 W. What does this mean? How can anything absorb ***negative*** power? If we think about this in terms of energy transfer, −10 J is transferred to the object each second through the 2 A current flowing into terminal *A*. The object is actually losing energy—at a rate of 10 J/s. In other words, it is supplying 10 J/s (i.e. 10 W) to some other object not shown in the figure. Negative *absorbed* power, then, is equivalent to positive *supplied* power.

Let's recap. Fig. 2.12 shows that if one terminal of the element is $v$ volts positive with respect to the other terminal, and if a current $i$ is entering the element through that terminal, then a power $p = vi$ is being *absorbed* by the element; it is also correct to say that a power $p = vi$ is being *delivered* to the element. When the current arrow is directed into the element at the plus-marked terminal, we satisfy the ***passive sign convention.*** This convention should be studied carefully, understood, and memorized. In other words, it says that if the current arrow and the voltage polarity signs are placed such that the current enters that end of the element marked with the positive sign, then the power *absorbed* by the element can be expressed by the product of the specified current and voltage variables. If the numerical value of the product is negative, then we say that the element is absorbing negative power, or that it is actually generating power and delivering it to some external element. For example, in Fig. 2.12 with $v = 5$ V and $i = -4$ A, the element may be described as either absorbing −20 W or generating 20 W.

If the current arrow is directed into the "+" marked terminal of an element, then $p = vi$ yields the *absorbed* power. A negative value indicates that power is actually being generated by the element; it might have been better to define a current flowing out of the "+" terminal.

If the current arrow is directed out of the "+" terminal of an element, then $p = vi$ yields the *supplied* power. A negative value in this case indicates that power is being absorbed.

Conventions are only required when there is more than one way to do something, and confusion may result when two different groups try to communicate. For example, it is rather arbitrary to always place "North" at the top of a map; compass needles don't point "up," anyway. Still, if we were talking to people who had secretly chosen the opposite convention of placing "South" at the top of their maps, imagine the confusion that could result! In the same fashion, there is a general convention that always draws the current arrows pointing into the positive voltage terminal, irregardless of whether the element supplies or absorbs power. This convention is not incorrect but sometimes results in counterintuitive currents labeled on circuit schematics. The reason for this is that it simply seems more natural to refer to positive current flowing out of a voltage or current source that is supplying positive power to one or more circuit elements.

## EXAMPLE 2.1

**Compute the power absorbed by each part in Fig. 2.13.**




**FIGURE 2.13** (*a, b, c*) Three examples of two-terminal elements.

In Fig. 2.13*a*, we see that the reference current is defined consistent with the passive sign convention, which assumes that the element is absorbing power. With +3 A flowing into the positive reference terminal, we compute

$$P = (2\text{ V})(3\text{ A}) = 6\text{ W}$$

of power absorbed by the element.

Fig. 2.13*b* shows a slightly different picture. Now, we have a current of −3 A flowing into the positive reference terminal. However, the voltage as defined is negative. This gives us an absorbed power

$$P = (-2\text{ V})(-3\text{ A}) = 6\text{ W}$$

Thus, we see that the two cases are actually equivalent: A current of +3 A flowing into the top terminal is the same as a current of +3 A flowing out of the bottom terminal, or, equivalently, a current of −3 A flowing into the bottom terminal.

Referring to Fig. 2.13*c*, we again apply the passive sign convention rules and compute an absorbed power

$$P = (4\text{ V})(-5\text{ A}) = -20\text{ W}$$

Since we computed a negative *absorbed* power, this tells us that the element in Fig. 2.13*c* is actually *supplying* +20 W (i.e., it's a source of energy).

**PRACTICE**

2.6 Find the power being absorbed by the circuit element in Fig. 2.14*a*.




**FIGURE 2.14**

2.7 Find the power being generated by the circuit element in Fig. 2.14*b*.
2.8 Find the power being delivered to the circuit element in Fig. 2.14*c* at $t = 5$ ms.

Ans: 1.012 W; 6.65 W; −15.53 W.

## 2.3 VOLTAGE AND CURRENT SOURCES

Using the concepts of current and voltage, it is now possible to be more specific in defining a ***circuit element.***

In so doing, it is important to differentiate between the physical device itself and the mathematical model which we will use to analyze its behavior in a circuit. The model is only an approximation.

Let us agree that we will use the expression *circuit element* to refer to the mathematical model. The choice of a particular model for any real device must be made on the basis of experimental data or experience; we will usually assume that this choice has already been made. For simplicity, we initially consider circuits with idealized components represented by simple models.

By definition, a simple circuit element is the mathematical model of a two-terminal electrical device, and it can be completely characterized by its voltage-current relationship; it cannot be subdivided into other two-terminal devices.

All the simple circuit elements that we will consider can be classified according to the relationship of the current through the element to the voltage across the element. For example, if the voltage across the element is linearly proportional to the current through it, we will call the element a resistor. Other types of simple circuit elements have terminal voltages which are proportional to the *derivative* of the current with respect to time (an inductor), or to the *integral* of the current with respect to time (a capacitor). There are also elements in which the voltage is completely independent of the current, or the current is completely independent of the voltage; these are termed *independent sources*. Furthermore, we will need to define special kinds of sources for which either the source voltage or current depends upon a current or voltage elsewhere in the circuit; such sources are referred to as *dependent sources*. Dependent sources are used a great deal in electronics to model both dc and ac behavior of transistors, especially in amplifier circuits.




**FIGURE 2.15** Circuit symbol of the independent voltage source.

## Independent Voltage Sources

The first element we will consider is the ***independent voltage source.*** The circuit symbol is shown in Fig. 2.15*a*; the subscript *s* merely identifies the voltage as a "source" voltage, and is common but not required. *An independent voltage source is characterized by a terminal voltage which is completely independent of the current through it.* Thus, if we are given an independent voltage source and are notified that the terminal voltage is 12 V, then we always assume this voltage, regardless of the current flowing.

The independent voltage source is an *ideal* source and does not represent exactly any real physical device, because the ideal source could theoretically deliver an infinite amount of energy from its terminals. This idealized voltage source does, however, furnish a reasonable approximation to several practical voltage sources. An automobile storage battery, for example, has a 12 V terminal voltage that remains essentially constant as long as the current through it does not exceed a few amperes. A small current may flow in either direction through the battery. If it is positive and flowing out of the positively marked terminal, then the battery is furnishing power to the headlights, for example; if the current is positive and flowing into the positive terminal, then the battery is charging by absorbing energy from the alternator.[3] An ordinary household electrical outlet also approximates an independent voltage source, providing a voltage $v_s = 115\sqrt{2}\cos 2\pi 60t$ V; this representation is valid for currents less than 20 A or so.

If you've ever noticed the room lights dim when an air conditioner kicks on, it's because the sudden large current demand temporarily led to a voltage drop. After the motor starts moving, it takes less current to keep it in motion. At that point, the current demand is reduced, the voltage returns to its original value, and the wall outlet again provides a reasonable approximation of an ideal voltage source.

A point worth repeating here is that the presence of the plus sign at the upper end of the symbol for the independent voltage source in Fig. 2.15*a* does not necessarily mean that the upper terminal is numerically positive with respect to the lower terminal. Instead, it means that the upper terminal is $v_s$ volts positive with respect to the lower. If at some instant $v_s$ happens to be negative, then the upper terminal is actually negative with respect to the lower at that instant.

(3) Or the battery of a friend's car, if you accidentally left your headlights on. . . .

Consider a current arrow labeled "$i$" placed adjacent to the upper conductor of the source as in Fig. 2.15*b*. The current $i$ is entering the terminal at which the positive sign is located, the passive sign convention is satisfied, and the source thus *absorbs* power $p = v_s i$. More often than not, a source is expected to deliver power to a network and not to absorb it. Consequently, we might choose to direct the arrow as in Fig. 2.15*c* so that $v_s i$ will represent the power *delivered* by the source. Technically, either arrow direction may be chosen; whenever possible, we will adopt the convention of Fig. 2.15*c* in this text for voltage and current sources, which are not usually considered passive devices.

An independent voltage source with a constant terminal voltage is often termed an independent dc voltage source and can be represented by either of the symbols shown in Fig. 2.16*a* and *b*. Note in Fig. 2.16*b* that when the physical plate structure of the battery is suggested, the longer plate is placed at the positive terminal; the plus and minus signs then represent redundant notation, but they are usually included anyway. For the sake of completeness, the symbol for an independent ac voltage source is shown in Fig. 2.16*c*.




**FIGURE 2.16** (*a*) DC voltage source symbol; (*b*) battery symbol; (*c*) ac voltage source symbol.

Terms like dc voltage source and dc current source are commonly used. Literally, they mean "direct-current voltage source" and "direct-current current source," respectively. Although these terms may seem a little odd or even redundant, the terminology is so widely used there's no point in fighting it.

## Independent Current Sources

Another ideal source which we will need is the ***independent current source.*** Here, the current through the element is completely independent of the voltage across it. The symbol for an independent current source is shown in Fig. 2.17. If $i_s$ is constant, we call the source an independent dc current source. An ac current source is often drawn with a tilde through the arrow, similar to the ac voltage source shown in Fig. 2.16*c*.




**FIGURE 2.17** Circuit symbol for the independent current source.

Like the independent voltage source, the independent current source is at best a reasonable approximation for a physical element. In theory it can deliver infinite power from its terminals because it produces the same finite current for any voltage across it, no matter how large that voltage may be. It is, however, a good approximation for many practical sources, particularly in electronic circuits.

CAUTION

Although most students seem happy enough with an independent voltage source providing a fixed voltage but essentially any current, *it is a common mistake* to view an independent current source as having zero voltage across its terminals while providing a fixed current. In fact, we do not know a priori what the voltage across a current source will be—it depends entirely on the circuit to which it is connected.

## Dependent Sources

The two types of ideal sources that we have discussed up to now are called *independent* sources because the value of the source quantity is not affected in any way by activities in the remainder of the circuit. This is in contrast with yet another kind of ideal source, the *dependent*, or *controlled*, source, in which the source quantity is determined by a voltage or current existing at some other location in the system being analyzed. Sources such as these appear in the equivalent electrical models for many electronic devices, such as transistors, operational amplifiers, and integrated circuits. To distinguish between dependent and independent sources, we introduce the diamond symbols shown in Fig. 2.18. In Fig. 2.18*a* and *c*, $K$ is a dimensionless scaling constant. In Fig. 2.18*b*, $g$ is a scaling factor with units of A/V; in Fig. 2.18*d*, $r$ is a scaling factor with units of V/A. The controlling current $i_x$ and the controlling voltage $v_x$ must be defined in the circuit.




**FIGURE 2.18** The four different types of dependent sources: (*a*) current-controlled current source; (*b*) voltage-controlled current source; (*c*) voltage-controlled voltage source; (*d*) current-controlled voltage source.

It does seem odd at first to have a current source whose value depends on a voltage, or a voltage source which is controlled by a current flowing through some other element. Even a voltage source depending on a remote voltage can appear strange. Such sources are invaluable for modeling complex systems, however, making the analysis algebraically straightforward. Examples include the drain current of a field effect transistor as a function of the gate voltage, or the output voltage of an analog integrated circuit as a function of differential input voltage. When encountered during circuit analysis, we write down the entire controlling expression for the dependent source just as we would if it was a numerical value attached to an independent source. This often results in the need for an additional equation to complete the analysis, unless the controlling voltage or current is already one of the specified unknowns in our system of equations.

## EXAMPLE 2.2

**In the circuit of Fig. 2.19*a*, if $v_2$ is known to be 3 V, find $v_L$.**

We have been provided with a partially labeled circuit diagram and the additional information that $v_2 = 3$ V. This is probably worth adding to our diagram, as shown in Fig. 2.19*b*.

Next we step back and look at the information collected. In examining the circuit diagram, we notice that the desired voltage $v_L$ is the same as the voltage across the dependent source. Thus,

$$v_L = 5v_2$$

At this point, we would be done with the problem if only we knew $v_2$!

Returning to our diagram, we see that we actually do know $v_2$—it was specified as 3 V. We therefore write

$$v_2 = 3$$

We now have two (simple) equations in two unknowns, and solve to find $v_L = 15$ V.

An important lesson at this early stage of the game is that *the time it takes to completely label a circuit diagram is always a good investment.* As a final step, we should go back and check over our work to ensure that the result is correct.




**FIGURE 2.19** (*a*) An example circuit containing a voltage-controlled voltage source. (*b*) The additional information provided is included on the diagram.

### PRACTICE

2.9 Find the power *absorbed* by each element in the circuit in Fig. 2.20.




**FIGURE 2.20**

Ans: (left to right) −56 W; 16 W; −60 W; 160 W; −60 W.

Dependent and independent voltage and current sources are *active* elements; they are capable of delivering power to some external device. For the present we will think of a *passive* element as one which is capable only of receiving power. However, we will later see that several passive elements are able to store finite amounts of energy and then return that energy later to various external devices; since we still wish to call such elements passive, it will be necessary to improve upon our two definitions a little later.

## Networks and Circuits

The interconnection of two or more simple circuit elements forms an electrical ***network.*** If the network contains at least one closed path, it is also an electric ***circuit.*** Note: Every circuit is a network, but not all networks are circuits (see Fig. 2.21)!




**FIGURE 2.21** (*a*) A network that is not a circuit. (*b*) A network that is a circuit.

A network that contains at least one active element, such as an independent voltage or current source, is an active network. A network that does not contain any active elements is a passive network.

We have now defined what we mean by the term ***circuit element,*** and we have presented the definitions of several specific circuit elements, the independent and dependent voltage and current sources. Throughout the remainder of the book we will define only five additional circuit elements: the resistor, inductor, capacitor, transformer, and the ideal operational amplifier ("op amp," for short). These are all ideal elements. They are important because we may combine them into networks and circuits that represent real devices as accurately as we require. Thus, the transistor shown in Fig. 2.22*a* and *b* may be modeled by the voltage terminals designated $v_{gs}$ and the single dependent current source of Fig. 2.22*c*. Note that the dependent current source produces a current that depends on a voltage elsewhere in the circuit. The parameter $g_m$, commonly referred to as the transconductance, is calculated using transistor-specific details as well as the operating point determined by the circuit connected to the transistor. It is generally a small number, on the order of $10^{-2}$ to perhaps 10 A/V. This model works pretty well as long as the frequency of any sinusoidal source is neither very large nor very small; the model can be modified to account for frequency-dependent effects by including additional ideal circuit elements such as resistors and capacitors.




**FIGURE 2.22** The Metal Oxide Semiconductor Field Effect Transistor (MOSFET). (*a*) An IRF540 N-channel power MOSFET in a TO-220 package, rated at 100 V and 22 A; (*b*) cross-sectional view of a basic MOSFET (*R. Jaeger, Microelectronic Design, McGraw-Hill, 1997*); (*c*) equivalent circuit model for use in ac circuit analysis.

Similar (but much smaller) transistors typically constitute only one small part of an integrated circuit that may be less than 2 mm × 2 mm square and 200 $\mu$m thick and yet contains several thousand transistors plus various resistors and capacitors. Thus, we may have a physical device that is about the size of one letter on this page but requires a model composed of ten thousand ideal simple circuit elements. We use this concept of "circuit modeling" in a number of electrical engineering topics covered in other courses, including electronics, energy conversion, and antennas.

## 2.4 OHM'S LAW

So far, we have been introduced to both dependent and independent voltage and current sources and were cautioned that they were *idealized* active elements that could only be approximated in a real circuit. We are now ready to meet another idealized element, the linear resistor. The resistor is the simplest passive element, and we begin our discussion by considering the work of an obscure German physicist, Georg Simon Ohm, who published a pamphlet in 1827 that described the results of one of the first efforts to measure currents and voltages, and to describe and relate them mathematically. One result was a statement of the fundamental relationship we now call ***Ohm's law,*** even though it has since been shown that this result was discovered 46 years earlier in England by Henry Cavendish, a brilliant semirecluse. Ohm's pamphlet received much undeserved criticism and ridicule for several years after its first publication but was later accepted and served to remove the obscurity associated with his name.

Ohm's law states that the voltage across conducting materials is directly proportional to the current flowing through the material, or

$$v = R\,i \qquad [4]$$

where the constant of proportionality $R$ is called the ***resistance.*** The unit of resistance is the *ohm,* which is 1 V/A and customarily abbreviated by a capital omega, $\Omega$.

When this equation is plotted on $i$-versus-$v$ axes, the graph is a straight line passing through the origin (Fig. 2.23). Equation [4] is a linear equation, and we will consider it as the definition of a *linear resistor*. Hence, if the ratio of the current and voltage associated with any simple current element is a constant, then the element is a linear resistor and has a resistance equal to the voltage-to-current ratio. Resistance is normally considered to be a positive quantity, although negative resistances may be simulated with special circuitry.

Again, it must be emphasized that the linear resistor is an idealized circuit element; it is only a mathematical model of a real, physical device. "Resistors" may be easily purchased or manufactured, but it is soon found that the voltage-current ratios of these physical devices are reasonably constant only within certain ranges of current, voltage, or power, and depend also on temperature and other environmental factors. We usually refer to a linear resistor as simply a resistor; any resistor that is nonlinear will always be described as such. Nonlinear resistors should not necessarily be considered undesirable elements. Although it is true that their presence complicates an analysis, the performance of the device may depend on or be greatly improved by the nonlinearity. For example, fuses for overcurrent protection and Zener diodes for voltage regulation are very nonlinear in nature, a fact that is exploited when using them in circuit design.




**FIGURE 2.23** Current-voltage relationship for an example 2 Ω linear resistor.

## Power Absorption

Figure 2.24 shows several different resistor packages, as well as the most common circuit symbol used for a resistor. In accordance with the voltage, current, and power conventions already adopted, the product of $v$ and $i$




**FIGURE 2.24** (*a*) Several common resistor packages. (*b*) A 560 Ω power resistor rated at up to [illegible] (*c*) A 5% tolerance 10-Teraohm (10,000,000,000,000 Ω) resistor manufactured by Ohmcraft. (*d*) Circuit symbol for the resistor, applicable to all of the devices in (*a*) through (*c*).