# EXHIBIT 8

# Engineering Circuit Analysis

William H. Hayt, Jr. and
Jack E. Kemmerly



# Engineering Circuit Analysis

Fourth Edition

**William H. Hayt, Jr.**
Professor of Electrical Engineering
Purdue University

**Jack E. Kemmerly**
Professor of Engineering, Emeritus
California State University, Fullerton

**McGraw-Hill Book Company**

New York St. Louis San Francisco Auckland Bogotá Hamburg
London Madrid Mexico Montreal New Delhi Panama
Paris São Paulo Singapore Sydney Tokyo Toronto

**ENGINEERING CIRCUIT ANALYSIS**

Copyright © 1986, 1978, 1971, 1962 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

4 5 6 7 8 9 0 V N H V N H 8 9

ISBN 0-07-027397-9

This book was set in Times Roman by Bi-Comp, Incorporated. The editors were Sanjeev Rao, Steven Tenney, and Madelaine Eichberg; the designer was Hermann Strohbach; the production supervisor was Leroy A. Young. The drawings were done by J & R Services, Inc.
Von Hoffmann Press, Inc., was printer and binder.

**Library of Congress Cataloging in Publication Data**

Hayt, William Hart, 1920–
Engineering circuit analysis.

Includes index.
1. Electric circuit analysis. 2. Electric network analysis. I. Kemmerly, Jack E., 1924– II. Title.
TK454.H4 1986 621.319'2 85-9635
ISBN 0-07-027397-9
ISBN 0-07-027398-7 (solutions manual)

1 per sec-
b through

(3)

oules per
limension

ted to the
nd $d$ and

d in Fig.
s positive
element
*ed by* or
the ele-
*vention.*
rized. In
ity signs
ters that
rrow and
then the
roduct of
ive, then
actually
example,
cribed as

ons.

/3) A

/

**Drill Problem**

1-5. Find the power being: (*a*) delivered to the circuit element in Fig. 1-12*a* at $t = 0.8$ s; (*b*) generated by the circuit element in Fig. 1-12*b*; (*c*) absorbed by the circuit element in Fig. 1-12*c* at $t = 0$.

*Ans:* −34.68 W; 792 mW; −28.75 kW

## 1-7 Types of circuits and circuit elements

Using the concepts of current and voltage, it is now possible to be more specific in defining a circuit element.

It is important to differentiate between the physical device itself and the mathematical model of this device which we shall use to analyze its behavior in a circuit. Let us agree that we will use the expression "circuit element" to refer to the mathematical model. The choice of a particular model for any real device must be made on the basis of experimental data or experience; we shall usually assume that this choice has already been made. We must first learn the methods of analysis of idealized circuits.

Now let us distinguish a *general circuit element* from a *simple circuit element* by the statement that a general circuit element may be composed of more than one simple circuit element, but that a simple circuit element cannot be further subdivided into other simple circuit elements. For brevity, we shall agree that the term circuit element generally refers to a simple circuit element.

All the simple circuit elements that will be considered in the work that follows can be classified according to the relationship of the current through the element to the voltage across the element. For instance, if the voltage across the element is directly proportional to the current through it, or $v = ki$, we shall call the element a resistor. Other types of simple circuit elements have a terminal voltage which is proportional to the time derivative or the integral with respect to time of the current. There are also elements in which the voltage is completely independent of the current or the current is completely independent of the voltage; these are the *independent sources*. Furthermore, we shall need to define special kinds of sources in which the source voltage or current depends upon a current or voltage elsewhere in the circuit; such sources will be termed *dependent sources* or *controlled sources*.

By definition, a simple circuit element is the mathematical model of a two-terminal electrical device, and it can be completely characterized by its voltage-current relationship but cannot be subdivided into other two-terminal devices.

The first element which we shall need is an *independent voltage source*. It is characterized by a terminal voltage which is completely independent of the current through it. Thus, if we are given an independent voltage source and are notified that the terminal voltage is $50t^2$ V, we can be sure that at $t = 2$ s the voltage will be 200 V, regardless of the current that was flowing, is flowing, or is going to flow. The representation of an independent voltage source is shown in Fig. 1-13. The subscript $s$ merely identifies the voltage as a "source" voltage.




**Fig. 1-13:** The circuit symbol of an independent voltage source. The circuit symbol of a dependent or controlled voltage source is shown in Fig. 1-16*a*.

A point worth repeating here is that the presence of the plus sign at the upper end of the symbol for the independent voltage source in Fig. 1-13 does not necessarily mean that the upper terminal is always positive with respect to the lower terminal. Instead, it means that the upper terminal is $v_s$ volts positive with respect to the lower. If, at some instant, $v_s$ happens to be negative, then the upper terminal is actually negative with respect to the lower at that instant.

If a current arrow labeled "$i$" is placed adjacent to the upper conductor of this source and directed to the left, then the current $i$ is entering the terminal at which the positive sign is located and the source thus absorbs a power $p = v_s i$. More often than not, a source is expected to deliver power to a network and not to absorb it. Consequently, we might choose to direct the arrow to the right in order that $v_s i$ will represent the power delivered by the source. Either direction may be used.

The independent voltage source is an *ideal* source and does not represent exactly any real physical device, because the ideal source could theoretically deliver an infinite amount of energy from its terminals. Each coulomb passing through it receives an energy of $v_s$ joules, and the number of coulombs per second is unlimited. This idealized voltage source does, however, furnish a reasonable approximation to several practical voltage sources. An automobile storage battery, for example, has a terminal voltage of 12 V that remains essentially constant as long as the current through it does not exceed a few amperes. The small current may flow in either direction through the battery. If it is positive and flowing out of the positively marked terminal, then the battery is furnishing power to the headlights, say, as it discharges; but if the current is positive and flowing into the positive terminal, then the battery is charging or absorbing energy from the generator, or possibly a battery charger. An ordinary household electrical outlet also approximates an independent voltage source providing the voltage $v_s = 115\sqrt{2} \cos 2\pi 60t$ V; the representation is valid for currents less than perhaps 20 A.

An independent voltage source which has a constant terminal voltage is often termed an independent dc voltage source[7] and is represented by either symbol shown in Fig. 1-14. Note in Fig. 1-14*b* that, when the physical plate

[7] Terms like "dc voltage source" and "dc current source" are commonly used. Literally, they mean "direct-current voltage source" and "direct-current current source," respectively. Although these terms may be redundant or misleading, the terminology is so widely used there's no point in fighting it.




**Fig. 1-14:** Alternative representations of a constant, or dc, independent voltage source. In (*a*) the source is delivering 12 W, and in (*b*) the battery is absorbing 12 W.




**Fig. 1-15:** The circuit symbol of an independent current source.

structure of the battery is suggested, the longer plate is placed at the positive terminal; the plus and minus signs then represent redundant notation, but they are usually included anyway.

Another ideal source which we will need is the *independent current source*. Here, the current through the element is completely independent of the voltage across it. The symbol for an independent current source is shown in Fig. 1-15. If $i_s$ is constant, we call the source an independent dc source.

Like the independent voltage source, the independent current source is at best a reasonable approximation for a physical element. In theory it can deliver infinite power from its terminals, because it produces the same finite current for any voltage across it, no matter how large that voltage may be. It is, however, a good approximation for many practical sources, particularly in electronic circuits. Also, the independent dc source represents very closely the proton beam of a cyclotron which is operating at a constant beam current of perhaps 1 $\mu$A and will continue to deliver 1 $\mu$A to almost any device placed across its "terminals" (the beam and the earth).

The two types of ideal sources that we have discussed up to now are called *independent* sources because the value of the source quantity is not affected in any way by activities in the remainder of the circuit. This is in contrast with yet another kind of ideal source, the *dependent* or *controlled source*, in which the source quantity is determined by a voltage or current existing at some other location in the electrical system under examination. To distinguish between independent and dependent sources, we introduce the diamond symbols shown in Fig. 1-16. Sources such as these will appear in the equivalent electrical models for many electronic devices, such as transistors, operational amplifiers, and integrated circuits. We shall see all of these in the following chapters.

Dependent and independent voltage and current sources are *active* elements; they are capable of delivering power to some external device. For the present we shall think of a *passive* element as one which is capable only of receiving power. However, we shall later see that several passive elements are able to store a finite amount of energy and then return it later to an external element, and since we shall still wish to call such an element passive, it will be necessary to improve upon our two definitions then.

The interconnection of two or more simple circuit elements is called an electrical *network*. If the network contains at least one closed path, it is also an electric *circuit*. Every circuit is a network, but not all networks are




**Fig. 1-16:** The diamond shape characterizes the circuit symbols for (*a*) the dependent voltage source and (*b*) the dependent current source.




**Fig. 1-17:** (*a*) An electrical network which is not a circuit. (*b*) A network which is a circuit.




**Fig. 1-18:** (*a*) One possible physical configuration for an *npn* bipolar silicon transistor (not to scale). (*b*) The circuit symbol for the *npn* bipolar transistor. (*c*) A simple circuit model that is useful in the mid-frequency range. (*d*) A more accurate high-frequency model.

circuits. Figure 1-17*a* shows a network which is not a circuit, and Fig. 1-17*b* shows a network which is a circuit.

A network which contains at least one active element, such as an independent voltage or current source, is an *active network*. A network which does not contain any active elements is a *passive network*.

We have now defined what we mean by the term *circuit element*, and we have presented the definitions of several specific circuit elements, the independent and dependent voltage and current sources. Throughout the remainder of the book we will define only four additional circuit elements, all passive, called the *resistor*, the *inductor*, the *capacitor*, and a pair of *mutually coupled inductors*. These are all ideal elements. They are important because we may combine them into networks and circuits that represent real devices as accurately as we wish. Thus, the transistor whose physical construction is suggested by Fig. 1-18*a*, and whose electrical symbol is given in Fig. 1-18*b*, may be modeled by the single resistor and the single dependent current source of Fig. 1-18*c* if we need only approximate performance data at frequencies that are neither extremely high nor extremely low. Note that the dependent *current* source produces a current that depends on a *voltage* elsewhere in the circuit. Figure 1-18*d* illustrates a more accurate model for high-frequency applications that contains three resistors, two capacitors, and one dependent current source.

Transistors such as these may constitute only one small part of an integrated circuit that is possibly 2 mm square and 0.2 mm thick, and yet contains several thousand transistors plus thousands of resistors and capacitors. Thus we have a physical device that is about the size of one letter on this page, but that might require a model composed of ten thousand ideal simple circuit elements.

Suitable models for the various physical devices that have wide practical importance are studied in courses in electronics, energy conversion, antennas, and other subjects appearing later in engineering curricula.

**Drill Problem**

1-6. Find the power absorbed by each element in the circuit of Fig. 1-19.

*Ans:* −80; 100; 10; −12; −18 W




**Fig. 1-19:** See Drill Prob. 1-6.

## Problems[8]

1 A famous mild-mannered reporter has a mass of 80 kg, can leap a tall (250-m) building at a single bound, and is as fast as a speeding (600 m/s) bullet. (*a*) What is his top speed in miles per hour? (*b*) What energy in joules must he impart to his leap to just clear the tall building? (*c*) For how many days would this energy power an electronic calculator requiring 100 mW? (*d*) What is the name of the reporter's girl friend?

2 A 70-kg man or woman burns up energy at an average rate of 120 W over a 24-h day. This metabolic rate drops to 75 W while sleeping, rises to 230 W while

[8] Answers are given at the back of the book for the odd-numbered problems.

1-17*b*

lepen-
ı does