# EXHIBIT 9

IEEE Std 100-1996

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

**Standards Coordinating Committee 10, Terms and Definitions**
**Jane Radatz, Chair**

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

ISBN 1-55937-833-6

90000

9 781559 378338

When the IEEE Standards Board approved this standard on 10 December 1996, it had the following membership.

**Donald C. Loughry,** *Chair* **Richard J. Holleman,** *Vice Chair*
**Andrew G. Salem,** *Secretary*

Gilles A. Baril
Clyde R. Camp
Joseph A. Cannatelli
Stephen L. Diamond
Harold E. Epstein
Donald C. Fleckenstein
Jay Forster*
Donald N. Heirman
Ben C. Johnson
E. G. "Al" Kiener
Joseph L. Koepfinger*
Stephen R. Lambert
Lawrence V. McCall
L. Bruce McClung
Marco W. Migliaro
Mary Lou Padgett
John W. Pope
Jose R. Ramos
Arthur K. Reilly
Ronald H. Reimer
Gary S. Robinson
Ingo Rüsch
John S. Ryan
Chee Kiow Tan
Leonard L. Tripp
Howard L. Wolfman

*Member Emeritus

Also included are the following nonvoting IEEE Standards Board liaisons:

Satish K. Aggarwal
Alan H. Cookson
Chester C. Taylor

Kim Breitfelder (1995-present), *IEEE Std 100 Editor*
Stephen Huffman (1993-1995), *IEEE Std 100 Editor*

Assistance was provided by the IEEE Standards editorial staff.

## How to use this dictionary

The terms defined in this dictionary are listed in *letter-by-letter* alphabetical order. Spaces are ignored in this style of alphabetization, so *cable value* will come before *cab signal*. Descriptive categories associated with the term in earlier editions of IEEE Std 100 will follow the term in parentheses. New categories appear after the definitions (see Categories, below), followed by the designation of the standard or standards that include the definition. If a standard designation is followed by the letter s, it means that edition of the standard was superseded by a newer revision and the term was not included in the revision. If a designation is followed by the letter w, it means that edition of the standard was withdrawn and not replaced by a revision. A bracketed number refers to the non-IEEE standard sources given in the back of the book.

Acronyms and abbreviations are no longer listed in a separate section in the dictionary; rather, they are incorporated alphabetically with other terms. Each acronym or abbreviation refers to its expanded term, where it is defined. Acronyms and abbreviations for which no definition was included in past editions have been deleted from this edition of IEEE Std 100.

Abstracts of the current set of approved IEEE standards are provided in the back of the book. It should be noted that updated information about IEEE standards can be obtained at any time from the IEEE Standards World Wide Web site at http://standards.ieee.org/.

## Categories

The category abbreviations that are used in this edition of IEEE Std 100 are defined below. This information is provided to help elucidate the context of the definition. Older terms for which no category could be found have had the category "Std100" assigned to them. Note that terms from sources other than IEEE standards, such as the National Electrical Code® (NEC®) or the National Fire Protection Association, may not be from the most recent editions; the reader is cautioned to check the latest editions of all sources for the most up-to-date terminology.

**chrominance subcarrier (color television)** The carrier whose modulation sidebands are added to the luminance signal to convey color information. (BT) 201-1979w

**chronaxie (medical electronics)** The minimum duration of time required to stimulate with a current of twice the rheobase. (EMB) [47]

**chronic exposure** Exposure over a relatively long time. (PE/T&D) 539-1990

**chronometer (navigation aids)** A time piece with a nearly constant rate. Set approximately to Greenwich Mean Time. (AE) 172-1983w

**chute** *See:* feed tube.

**CI** *See:* configuration item.

**CIE** *See:* Commission Internationale de l'Eclairage.

**CIE (L*a*b*) uniform color space (illuminating engineering)** A transformation of CIE tristimulus values X, Y, Z into three coordinates that define a space in which equal distances are more nearly representative of equal magnitudes of perceived color difference. This space is specially useful in cases of colorant mixtures, for example, dye-stuffs, paints. (EEC/IE) [126]

**CIE (L*u*v*) uniform color space (illuminating engineering)** A transformation of CIE tristimulus values X, Y, Z into three coordinates that define a space in which equal distances are more nearly representative of equal magnitudes of perceived color difference. This space is specially useful in cases where colored lights are mixed additively for example, color television. (EEC/IE) [126]

**CIE standard chromaticity diagram (illuminating engineering)** One in which the $x$ and $y$ chromaticity coordinates are plotted in rectangular coordinates. *Note:* The diagram may be based on the CIE 1931 Standard Observer or on the CIE 1964 Supplementary Standard Observer. *See also:* color matching functions (spectral tristimulus values). (EEC/IE) [126]

**CIE standard colorimetric observer, 1931** Receptor of radiation whose colorimetric characteristics correspond to the distribution coefficients $\bar{x}_\lambda$, $\bar{y}_\lambda$, $\bar{z}_\lambda$ adopted by the International Commission on Illumination in 1931. *See also:* color. (BT) [34], [84]

**CIGRE** *See:* Conférence Internationale Des Grands Réseaux Electriques.

**CIM** *See:* computer input microfilm; computer-integrated manufacturing.

**CINEMA** A hardware description language with a compiler written in BCPL; contains normal control statements and also statements providing parallel execution of program statements. (C) 610.13-1993

**cine-oriented image** In micrographics, an image appearing on a roll of microfilm in such a manner that the top edge of the image is perpendicular to the long edge of the film. *Synonyms:* motion picture display; portrait image. *Contrast:* comic-strip oriented image. (C) 610.2-1987

**C interface** The C language binding, defined in terms of ISO/IEC 9899: 1990. (C/PA) 1327-1993, 1328-1993

**ciphertext** Data produced through the use of encipherment, the semantic content of which is not available. *Note:* Ciphertext may itself be input to encipherment, producing superenciphered data. (C/LM) 802.10-1992

**circadian rhythm** Oscillation of biological processes with an approximate 24 h period regulated by external stimuli. (PE/T&D) 539-1990

**circle diagram (A) (rotating machinery)** Circular locus describing performance characteristics (current, impedance, etc.) of a machine or system. In case of rotating machinery, the term "circle diagram" has, in addition, some specific usages: The locus of the armature current phasor of an induction machine, or of some other type of asynchronous machine, displayed on the complex plane, with the shaft speed as the variable (parameter), when the machine operates at a constant voltage and at a constant frequency. **(B) (rotating machinery)** The locus of the current vector(s) of a nonsalient-pole synchronous machine, displayed in a synchronously rotating reference frame (Park transform, $d$-$q$ coordinates), with the active component of the load, hence with the rotor displacement angle, as the variable (parameter), when the machine operates at a constant field current. **(C) (rotating machinery)** The locus of the current phasor(s) of (2) *See also:* asynchronous machine. (PE) [9]

**circling guidance lights (illuminating engineering)** Aeronautical ground lights provided to supply additional guidance during a circling approach when the circling guidance furnished by the approach and runway lights is inadequate. (EEC/IE) [126]

**circuit (1)** The physical medium on which signals are carried across the AUI. The data and control circuits consist of an A circuit and a B circuit forming a balanced transmission system so that the signal carried on the B circuit is the inverse of the signal carried on the A circuit. (C/LM) 8802-3-1990s
**(2)** A conductor or system of conductors through which an electric current is intended to flow. (NESC/PE) 599-1985w, C2-1997
**(3) (machine winding)** The element of a winding that comprises a group of series-connected coils. A single-phase winding or one phase of a polyphase winding may comprise one circuit or several circuits connected in parallel. (PE) [9]
**(4)** An interconnection of electrical elements. *See also:* network. (CAS) [13]
**(5) (data transmission)** A network providing one or more closed paths. (COM/PE) 455-1985r, 599-1985w
**(6)** In networking, a means of communication of electrical or electronic signals between two points. *Synonym:* network. *See also:* channel; dial-up circuit; foreign exchange circuit; four-wire circuit; leased circuit; simplex circuit; telecommunication circuit; two-wire circuit. (C) 610.7-1995
**(7) (A)** An arrangement of interconnected components that has at least one input and one output terminal, and whose purpose is to produce at the output terminals a signal that is a function of the signal at the input terminals. *Synonyms:* network; physical circuit. *See also:* channel; expansion board; telecommunication circuit. **(B)** An arrangement of interconnected electronic components that can perform specific functions upon application of proper voltages and signals. *See also:* integrated circuit; logic circuit. (C) 610.10-1994
**(8)** The physical medium on which signals are carried across the AUI for 10BASE-T or MII (for 100BASE-T). For 10BASE-T, the data and control circuits consist of an A circuit and a B circuit forming a balanced transmission system so that the signal carrier on the B circuit is the inverse of the signal carried on the A circuit. (C/LM) 802.3u-1995

**circuit analyzer (multimeter)** The combination in a single enclosure of a plurality of instruments or instrument circuits for use in measuring two or more electrical quantities in a circuit. *See also:* instrument. (EEC/PE) [119]

**circuit, balanced** *See:* balanced circuit.

**circuit board** A flat piece of insulating material, often multilayered, constituted of epoxy-glass or phenolic resin, on which electrical components are mounted and interconnected by etched copper foil so patterned as to form a circuit. *Note:* Sometimes referred to as a "board" or a "card." *See also:* printed circuit board. (C) 610.10-1994

**circuit bonding jumper** The connection between portions of a conductor in a circuit to maintain required ampacity of the circuit. (NEC/NESC) [86]

**circuit breaker (1) (general) (thyristor)** A device designed to open and close a circuit by nonautomatic means, and to open the circuit automatically on a predetermined overload of current, without injury to itself when properly applied within its rating. *Note:* A circuit breaker is usually intended to operate infrequently, although some types are suitable for frequent operation. (IA/NESC) [86], 333-1980w, 428-1981w
**(2)** A switching device capable of making, carrying, and breaking currents under normal circuit conditions and also making, carrying for a specified time, and breaking currents

under specified abnormal conditions such as those of short circuit. (NESC) C2-1997

**(3) (packaging machinery)** An automatic device designed to open under abnormal conditions a current-carrying circuit without damage to itself. (IA) 333-1980w

**(4) (hydroelectric power plants)** A fast-acting switching device used to close and open an electric circuit and capable of interruption of fault currents. (PE) 1020-1988r

**(5)** A mechanical switching device, capable of making, carrying, and breaking currents under normal circuit conditions and also, making and carrying for a specified time and breaking currents under specified abnormal circuit conditions such as those of short circuit. *Notes:* 1. A circuit breaker is usually intended to operate infrequently, although some types are for frequent operation. 2. The medium in which circuit interruption is performed may be designated by suitable prefix, that is, airblast circuit breaker, air circuit breaker, compressed-air circuit breaker, gas circuit breaker, oil circuit breaker, vacuum circuit breaker, oilless circuit breaker, etc. 3. Circuit breakers are classified according to their application or characteristics and these classifications are designated by the following modifying words or clauses delineating the several fields of application, or pertinent characteristics: High-voltage power—Rated above 1000 V ac. Molded-case—See separate definition. Low-voltage power—Rated 1000 V ac or below, or 300 V dc and below, but not including molded-case circuit breakers. Direct-current low-voltage power circuit breakers are subdivided according to their specified ability to limit fault-current magnitude by being called general purpose, high-speed, semi-high-speed, rectifier or anode. For specifications of these restrictions see latest revision of the applicable standard. (PE/SWG) C37.100-1992

**circuit-breaker compartment (1)** That portion of a switchgear assembly that contains one circuit breaker and the associated primary conductors and secondary control connection devices including current transformers. (PE/SWG) C37.20.1-1993

**(2)** That portion of the switchgear assembly that contains one circuit breaker or other removable primary interrupting device and the associated primary conductors. (PE/SWG) C37.20.2-1993

**circuit breaker downtime** Time from the discovery of the failure until the breaker is returned to service. (PE/SWG) C37.10-1995

**circuit breaker, field discharge** A circuit breaker having main contacts for energizing and deenergizing the field of a generator, motor, synchronous condenser, or rotating exciter, and having discharge contacts for short-circuiting the field through the discharge resistor at the instant preceding the opening of the circuit-breaker main contacts. The discharge contacts also disconnect the field from the discharge resistor at the instant following the closing of the main contacts. For direct-current generator operation, the discharge contacts may open before the main contacts close. *Note:* When used in the main field circuit of an alternating- or direct-current generator, motor, or synchronous condenser, the circuit breaker is designated as a main field discharge circuit breaker. When used in the field circuit of the rotating exciter of the main machine, the circuit breaker is designated as an exciter field discharge circuit breaker. *See also:* field discharge circuit breaker. (PE/SWG) C37.100-1992, C37.18-1979r

**circuit breaker, general purpose low-voltage dc power (1)** A circuit breaker that, during interruption, does not limit the current peak of the available (prospective) fault current, and may not prevent the fault current from rising to its sustained value. *Note:* This design circuit breaker requires a peak, a short-time, and a short-circuit current rating. (PE/SWG) C37.14-1992

**(2)** A circuit breaker that, during interruption, does not limit the current peak of the available (prospective) fault current and may not prevent the fault current from rising to its sustained value. (PE/SWG) C37.100-1992

**circuit-breaker grouping** The three poles of a circuit breaker grouped in adjacent configuration along the line of the same row. (PE/SWG/SUB) C37.100-1992, C37.122-1983s

**circuit breaker, high-speed low-voltage dc power (1)** A circuit breaker that, during interruption, limits the current peak to a value less than the available (prospective) fault current. *Note:* This design circuit breaker requires a short-circuit current rating and may have a short-time current rating assigned. (PE/SWG) C37.14-1992

**(2)** A circuit breaker that, during interruption, limits the current peak to a value less than the available (prospective) fault current. (PE/SWG) C37.100-1992

**circuit breaker interrupting rating (electric installations on shipboard)** The highest rms current at a specified operating voltage which a circuit breaker is required to interrupt under the operating duty specified and with a normal frequency recovery voltage equal to the specified operating voltage. The current is the rms value, including the dc component, at the instant of contact separation as determined from the envelope of the current wave. Where limited by testing equipment, the maximum tolerance for normal frequency recovery voltage is 15 percent of the specified operating voltage (for dc breakers the rated interrupting current is the maximum value of direct current). *See also:* rated interrupting current. (IA) 45-1983r

**circuit breaker, rectifier low-voltage dc power (1)** A circuit breaker that carries the normal current output of one rectifier, and, during fault conditions, functions to withstand and/or interrupt abnormal current as required. *Notes:* 1. This design circuit breaker requires a short-circuit current rating for $n-1$ rectifiers and a short-time current rating for its own rectifier. 2. For total performance at other than test circuit parameter values, consult the manufacturer. (PE/SWG) C37.14-1992

**(2)** A circuit breaker that carries the normal current output of one rectifier and that, during fault conditions, functions to withstand and/or interrupt abnormal current as required. (PE/SWG) C37.100-1992

**circuit breaker, semi-high-speed low-voltage dc power (1)** A circuit breaker that, during interruption, does not limit the current peak of the available (prospective) fault current on circuits with minimal inductance, but that does limit current to a value less than the sustained current available on higher inductance circuits. *Note:* This design circuit breaker requires a peak and a short-circuit current rating, and may have a short-time current rating assigned. (PE/SWG) C37.14-1992

**(2)** A circuit breaker that, during interruption, does not limit the current peak of the available (prospective) fault current on circuits with minimal inductance but that does limit current to a value less than the sustained current available on higher-inductance circuits. (PE/SWG) C37.100-1992

**circuit bypass means (bypass)** An assembly of parts which, when properly operated, closes the circuit between the line and load jaws. (ELM) C12.7-1993

**circuit-commutated turn-off time (thyristor)** The time interval between the instant when the principal current has decreased to zero after external switching of the principal voltage circuit and the instant when the thyristor is capable of supporting a specified principal voltage without turning on. *See also:* principal voltage-current characteristic. (ED/IA) [12], [46], [62], 223-1966w

**circuit components (thyristor)** Those electrical controller devices that may conduct current during some part of the cycle. Instrumentation is excluded. *Note:* This definition may include devices within the controller that are used for the suppression of voltage and current transients. (IA) 428-1981w

**circuit controller** A device for closing and opening electric circuits. (EEC/PE) [119]

**circuit efficiency (output circuit of electron tubes)** The ratio of the power at the desired frequency delivered to a load at

the output terminals of the output circuit of an oscillator or amplifier to the power at the desired frequency delivered by the electron stream to the output circuit. *See also:* network analysis. (ED) [45], 161-1971w

**circuit element** A basic constituent part of a circuit, exclusive of interconnections. (EEC/PE) [119]

**circuit interrupter (packaging machinery)** A manually operated device designed to open under abnormal conditions a current-carrying circuit without damage to itself. (IA) 333-1980w

**circuit limiter** *See:* limiter circuit.

**circuit malfunction analysis (test, measurement, and diagnostic equipment)** The logical, systematic examination of circuits and their diagrams to identify and analyze the probability and consequence of potential malfunctions and for determining related maintenance and support requirements to investigate effects of failures. (MIL) [2]

**circuit, multipoint** *See:* multipoint circuit.

**circuit noise meter** An instrument for measuring circuit noise level. Through the use of a suitable frequency-weighting network and other characteristics, the instrument gives equal readings for noises that are approximately equally interfering. The readings are expressed as circuit noise levels in decibels above reference noise. *Synonym:* noise measuring set. *See also:* instrument. (EEC/PE) [119]

**circuit pack** A printed circuit board (PCB) populated with components, i.e., a PCB assembly. Also called a feature card. (PE/PSPD) C62.38-1994

**circuit properties (thyristor)** Those conditions which exist, or actions which take place, inside the controller during its operating cycle. (IA) 428-1981w

**circuit switch (data transmission)** A communications switching system which completes a circuit from sender to receiver at the time of transmission (as opposed to a message switch). (PE) 599-1985w

**circuit switcher** A mechanical switching device with an integral interrupter, suitable for making, carrying, and interrupting currents under normal circuit conditions. It is also suitable for interrupting specified short-circuit current that may be less than its close and latch, momentary, and short-time current ratings. *Note:* This device may be suitable for transformer protection where the majority of faults are limited by the transformer and system impedance. (PE/SWG) C37.100-1992

**circuit-switched network** A switched network having the capability to switch lines in different configurations to establish a continuous pathway between the sender and the recipient. (C) 610.7-1995

**circuit switching** (1) A method of communications where an electrical connection between calling and called stations is established on demand for exclusive use of the circuit until the connection is released. *See also:* message switching; packet switching; store-and-forward switching. (COM/LM) 168-1956w

(2) In data communications, a method of communication in which a dedicated communications path is set up between two devices through one or more intermediate switching nodes. *Synonym:* line switching. *See also:* message switching; space-division switching. (C) 610.7-1995

**circuit switching element (inverters)** A group of one or more simultaneously conducting thyristors, connected in series or parallel or any combination of both, bounded by no more than two main terminals and conducting principal current between these main terminals. *See also:* self-commutated inverters. (IA) [62]

**circuit switching system** (telephone switching systems) A switching system providing through connections for the exchange of messages. (COM) 312-1977w

**circuit transient recovery voltage** *See:* inherent transient recovery voltage.

**circuit voltage class (electric power system)** A phase-to-phase reference voltage that is used in the selection of insultation class designations for neutral grounding devices. (PE/PSPD) 32-1972r

**circular array** An array of elements whose corresponding points lie on a circle. *Note:* Practical circular arrays may include arrangements of elements that are congruent under translation or rotation. *Synonym:* ring array. (AP) 145-1993

**circular Bayliss distribution** *See:* Bayliss distribution, circular.

**circular electric wave (waveguide)** A transverse electric wave for which the lines of electric force form concentric circles. (MTT) 146-1980w

**circular grid array** An array of elements whose corresponding points lie on coplanar concentric circles. (AP) 145-1993

**circular interpolation (numerically controlled machines)** A mode of contouring control that uses the information contained in a single block to produce an arc of a circle. *Note:* The velocities of the axes used to generate this arc are varied by the control. (EEC/IA) [61], [74]

**circular list** *See:* circularly-linked list.

**circularly-linked list** A linked list in which the last item contains a pointer to the first item. *Synonyms:* chain; circular list; ring. (C) 610.5-1990

**circularly polarized field vector** At a point in space, a field vector whose extremity describes a circle as a function of time. *Note:* Circular polarization may be viewed as a special case of elliptical polarization where the axial ratio has become equal to one. (AP) 145-1993

**circularly polarized plane wave** A plane wave whose electric field vector is circularly polarized. (AP) 145-1993

**circularly polarized wave (1) (general)** An elliptically polarized wave in which the ellipse is a circle in a plane perpendicular to the direction of propagation. *See also:* radiation. (EEC/PE) [119]

(2) **(radio-wave propagation)** An electromagnetic wave for which the locus of the tip of the electric field vector is a circle in a plane orthogonal to the wave normal. This circle is traced at a rate equal to the angular frequency of the wave. *See also:* left-handed polarized wave; right-handed polarized wave. (AP) 211-1990

**circular magnetic wave (waveguide)** A transverse magnetic wave for which the lines of magnetic force form concentric circles. (MTT) 146-1980w

**circular mil** A unit of area equal to $\pi/4$ of a square mil (0.7854 square mil). The cross-sectional area of a circle in circular mils is therefore equal to the square of its diameter in mils. A circular inch is equal to one million circular mils. *Note:* A mil is one-thousandth part of an inch. There are 1974 circular mils in a square millimeter. (SWG) 341-1980

**circular orbit (communication satellite)** An orbit of a satellite in which the distance between the centers of mass of the satellite and of the primary body is constant. (COM) [19]

**circular probable error (navigation aids)** In two-dimensional error distribution, the radius of a circle encompassing half of all errors. (AE) 172-1983w

**Circular Queue** A software array of message storage locations for which the last cell is logically adjacent to the first. It is a first-in-first-out (FIFO) queue where the producer leads the consumer through the array, wrapping back to the first cell when the end is reached. (C/MM) 1212.1-1993

**circular scanning (1) (radio)** Scanning in which the direction of maximum response generates a plane or a right circular cone whose vertex angle is close to 180 degrees. (AP) [35]

(2) Scanning where the beam axis of the antenna generates a conical surface. *Note:* This can include the special case where the cone degenerates to a plane. (AP) 145-1993

**circular shift (mathematics of computing)** A variation of a logical shift in which the digits moved out of one end of a register, word, or numeral are returned at the other end. For example, + 231.702 shifted two places to the left becomes 3170.2+2. *Note:* A circular shift may be applied to the mul-