# EXHIBIT 10

sixth edition

# Dictionary of Computing

OVER 10,000 TERMS CLEARLY DEFINED

**IDEAL FOR SCHOOL AND COLLEGE**

**'Enables you to cut through jargon'**
Teacher Trainer



# DICTIONARY OF COMPUTING

SIXTH EDITION

A & C Black • London

First published in Great Britain
by *Peter Collin Publishing* 1988
This sixth edition published in 2010
Reprinted 2011
Fifth edition published 2004
Reprinted 2008, 2009
Fourth edition published 2002
Third edition published 1998
Second edition published 1994

Bloomsbury Publishing Plc
36 Soho Square, London W1D 3QY

Copyright © S.M.H. Collin, 1988, 1994, 1998, 2002
This edition copyright ©

All rights reserved. No part of this publication may
be reproduced in any form or by any means without the
permission of the publishers.

A CIP catalogue record for this book is available from the British Library.

ISBN 978 1 408 1 2807 7

A & C Black uses paper produced with elemental chlorine-free pulp,
harvested from managed sustainable forests.

Text typeset by A & C Black, London
Printed and bound in Spain by GraphyCems.

**chrominance signal** /ˈkrəʊmɪnəns/ *noun* the section of a colour monitor signal containing colour hue and saturation information

**chunk** /tʃʌŋk/ *noun* a basic part of a RIFF file that consists of an identifier (chunk ID) and data

**CIDR** /ˌsiː aɪ diː ˈɑː/ *noun* a system of organising IP addresses that is more compact and efficient than the older system, adding a slash and a new IP Prefix number that represents a number of individual addresses. For example the old system used an IP address such as '194.124.0.0' whereas CIDR would replace this with '194.124.0.0/12'. The IP Prefix number 12 represents 4,096 unique addresses, and the lower the number the more addresses are represented.

**CIE** /ˌsiː aɪ ˈiː/ *noun* the international group that defines colour and illumination standards. Full form **Commission International de l'Eclairage**

**CIF** /ˌsiː aɪ ˈef/ *abbr* common intermediate format

**CIF videophone** /ˌsiː aɪ ef ˈvɪdiəʊfəʊn/ *noun* an ISDN standard for video image transmission over a telephone link, which displays colour images at a resolution of 352x288 pixels. This standard uses two ISDN B channels.

**CIM** /ˌsiː aɪ ˈem/ *noun* **1.** the coordinated use of microfilm for computer data storage and the method of reading the data. Full form **computer input microfilm** **2.** the coordinated use of computers in every aspect of design and manufacturing. Full form **computer-integrated manufacturing**

**cine-oriented** /ˈsɪni ˌɔːrientɪd/ *adjective* (*in a film or video clip*) used to describe an image that is oriented parallel to the outside edge of the medium

**cipher** /ˈsaɪfə/ *noun* a system that transforms a message into an unreadable form with a secret key ○ *Always use a secure cipher when sending data over a telephone line.* (NOTE: The message can be read normally after it has passed through the cipher a second time to decrypt it.)

**cipher key** /ˈsaɪfə kiː/ *noun* a secret sequence of characters used with a cipher system to provide a unique ciphertext

**cipher system** /ˈsaɪfə ˌsɪstəm/ *noun* a formula used to transform text into a secret form

**ciphertext** /ˈsaɪfətekst/ *noun* data output from a cipher. Opposite **plaintext**

**CIR** /ˌsiː aɪ ˈɑː/ *noun* a CPU register that stores the instruction that is currently being executed. Full form **current instruction register**

**circuit** /ˈsɜːkɪt/ *noun* a connection between the electronic components that perform a function

**circuit analyser** /ˈsɜːkɪt ˌænəlaɪzə/ *noun* a device that measures voltage or current or impedance or signal in a circuit

**circuit board** /ˈsɜːkɪt bɔːd/ *noun* an insulating board used to hold components which are then connected together electrically to form a circuit

> 'The biggest shock was to open up the PC and find the motherboard smothered in patch wires (usually a sign that a design fault in the printed circuit board was rectified at the last minute).' [*Computing*]

**circuit breaker** /ˈsɜːkɪt ˌbreɪkə/ *noun* a device which protects equipment by cutting off the electrical supply when conditions are abnormal

**circuit capacity** /ˈsɜːkɪt kəˌpæsɪti/ *noun* the information-carrying capacity of a particular circuit

**circuit card** /ˈsɜːkɪt kɑːd/ *noun* same as **circuit board**

**circuit design** /ˈsɜːkɪt dɪˌzaɪn/ *noun* the layout of components and interconnections in a circuit

**circuit diagram** /ˈsɜːkɪt ˌdaɪəgræm/ *noun* a graphical description of a circuit ○ *The CAD program will plot the circuit diagram rapidly.*

**circuit switching** /ˈsɜːkɪt ˌswɪtʃɪŋ/ *noun* a method of describing a type of communication system in which a path from sender to receiver is created when required rather than using a permanent, fixed line. The normal telephone system is an example of a circuit switching network.

**circular buffer** /ˌsɜːkjʊlə ˈbʌfə/ *noun* a computer-based queue that uses two markers, for top and bottom of the line of stored items. The markers move as items are read from or written to the stack.

**circular file** /ˈsɜːkjʊlə faɪl/ *noun* a data file that has no visible beginning or end, each item points to the location of the next item with the last pointing back to the first

**circularity** /ˌsɜːkjʊˈlærɪti/ *noun* a fault that makes reasoning illogical, because the arguments that are supposed to lead to a conclusion are only valid if the conclusion itself is true

**circular list** /ˈsɜːkjʊlə lɪst/ *noun* a list in which each element contains data and an