# EXHIBIT 11

INTRODUCTION TO

# ELECTRIC CIRCUITS

8TH EDITION



RICHARD C. DORF • JAMES A. SVOBODA

# Introduction to Electric Circuits

EIGHTH EDITION

Richard C. Dorf
University of California

James A. Svoboda
Clarkson University

WILEY

John Wiley & Sons, Inc.

VICE PRESIDENT AND EXECUTIVE PUBLISHER Donald Fowley
ASSOCIATE PUBLISHER Dan Sayre
SENIOR EDITORIAL ASSISTANT Katie Singleton
PRODUCTION SERVICES MANAGER Dorothy Sinclair
PRODUCTION EDITOR Janet Foxman
EXECUTIVE MARKETING MANAGER Christopher Ruel
CREATIVE DIRECTOR Harry Nolan
DESIGNER Jim O'Shea
MEDIA EDITOR Lauren Sapira
PRODUCTION SERVICES Elm Street Publishing Services

COVER IMAGES: Main Image: © Science Photo Library/Getty Images, Inc.; inset © SuperStock. Inset images: © SuperStock; Goodshot/Jupiter/Getty Images, Inc.; Stockbyte/SuperStock.

This book was set in 10/12 pt in Times New Roman by Thomson Digital, and printed and bound by RRD Jefferson City. The cover was printed by RRD Jefferson City.

This book is printed on acid-free paper. ♾

Copyright © 2010, 2006, 2004, 2001 John Wiley & Sons, Inc. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, website *www.copyright.com*. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., Ill River Street, Hoboken, NJ 07030-5774, (201) 748-6011, fax (201) 748-6008, website *www.wiley.com/go/permissions*.

Evaluation copies are provided to qualified academics and professionals for review purposes only, for use in their courses during the next academic year. These copies are licensed and may not be sold or transferred to a third party. Upon completion of the review period, please return the evaluation copy to Wiley. Return instructions and a free of charge return shipping label are available at *www.wiley.com/go/returnlabel*. Outside of the United States, please contact your local representative.

**Library of Congress Cataloging-in-Publication Data**

Dorf, Richard C.
Introduction to electric circuits / Richard C. Dorf & James A. Svoboda.—8th ed.
p. cm.
ISBN 978-0-470-52157-1 (cloth : alk. paper)
1. Electric circuits. I. Svoboda, James A. II. Title.

TK454-.D67 2010
621.319'24—dc22 2009047257

ISBN 978-0-470-52157-1

Printed in the United States of America

10 9 8 7 6 5 4 3 2

CHAPTER 1

# Electric Circuit Variables

IN THIS CHAPTER


1.1 Introduction
1.2 Electric Circuits and Current
1.3 Systems of Units
1.4 Voltage
1.5 Power and Energy
1.6 Circuit Analysis and Design
1.7 How Can We Check . . . ?
1.8 **DESIGN EXAMPLE**—Jet Valve Controller
1.9 Summary
Problems
Design Problems


## 1.1 INTRODUCTION

A circuit consists of electrical elements connected together. Engineers use electric circuits to solve problems that are important to modern society. In particular:

1. Electric circuits are used in the generation, transmission, and consumption of electric power and energy.
2. Electric circuits are used in the encoding, decoding, storage, retrieval, transmission, and processing of information.

In this chapter, we will do the following:

- Represent the current and voltage of an electric circuit element, paying particular attention to the reference direction of the current and to the reference direction or polarity of the voltage
- Calculate the power and energy supplied or received by a circuit element
- Use the passive convention to determine whether the product of the current and voltage of a circuit element is the power supplied by that element or the power received by the element
- Use scientific notation to represent electrical quantities with a wide range of magnitudes

## 1.2 ELECTRIC CIRCUITS AND CURRENT

The outstanding characteristics of electricity when compared with other power sources are its mobility and flexibility. Electrical energy can be moved to any point along a couple of wires and, depending on the user's requirements, converted to light, heat, or motion.

An **electric circuit** or electric network is an interconnection of electrical elements linked together in a closed path so that an electric current may flow continuously.

Consider a simple circuit consisting of two well-known electrical elements, a battery and a resistor, as shown in Figure 1.2-1. Each element is represented by the two-terminal element shown in Figure 1.2-2. Elements are sometimes called devices, and terminals are sometimes called nodes.




FIGURE 1.2-1 A simple circuit.




FIGURE 1.2-2 A general two-terminal electrical element with terminals a and b.

Charge may flow in an electric circuit. *Current is the time rate of change of charge past a given point.* Charge is the intrinsic property of matter responsible for electric phenomena. The quantity of charge $q$ can be expressed in terms of the charge on one electron, which is $-1.602 \times 10^{-19}$ coulombs. Thus, $-1$ coulomb is the charge on $6.24 \times 10^{18}$ electrons. The current through a specified area is defined by the electric charge passing through the area per unit of time. Thus, $q$ is defined as the charge expressed in coulombs (C).

**Charge** is the quantity of electricity responsible for electric phenomena.

Then we can express current as

$$i = \frac{dq}{dt} \tag{1.2-1}$$

The unit of current is the ampere (A); an ampere is 1 coulomb per second.

**Current** is the time rate of flow of electric charge past a given point.

Note that throughout this chapter we use a lowercase letter, such as $q$, to denote a variable that is a function of time, $q(t)$. We use an uppercase letter, such as $Q$, to represent a constant.

The flow of current is conventionally represented as a flow of positive charges. This convention was initiated by Benjamin Franklin, the first great American electrical scientist. Of course, we now know that charge flow in metal conductors results from electrons with a negative charge. Nevertheless, we will conceive of current as the flow of positive charge, according to accepted convention.




FIGURE 1.2-3 Current in a circuit element.

Figure 1.2-3 shows the notation that we use to describe a current. There are two parts to this notation: a value (perhaps represented by a variable name) and an assigned direction. As a matter of vocabulary, we say that a current exists *in* or *through* an element. Figure 1.2-3 shows that there are two ways to assign the direction of the current through an element. The current $i_1$ is the rate of flow of electric charge from terminal a to terminal b. On the other hand, the current $i_2$ is the flow of electric charge from terminal b to terminal a. The currents $i_1$ and $i_2$ are




FIGURE 1.2-4 A direct current of magnitude $I$.

similar but different. They are the same size but have different directions. Therefore, $i_2$ is the negative of $i_1$ and

$$i_1 = -i_2$$

We always associate an arrow with a current to denote its direction. A complete description of current requires both a value (which can be positive or negative) and a direction (indicated by an arrow).

If the current flowing through an element is constant, we represent it by the constant $I$, as shown in Figure 1.2-4. A constant current is called a *direct current* (dc).

A **direct current** (dc) is a current of constant magnitude.

A time-varying current $i(t)$ can take many forms, such as a ramp, a sinusoid, or an exponential, as shown in Figure 1.2-5. The sinusoidal current is called an *alternating current* (ac).




FIGURE 1.2-5 (*a*) A ramp with a slope $M$. (*b*) A sinusoid. (*c*) An exponential. $I$ is a constant. The current $i$ is zero for $t < 0$.

If the charge $q$ is known, the current $i$ is readily found using Eq. 1.2-1. Alternatively, if the current $i$ is known, the charge $q$ is readily calculated. Note that from Eq. 1.2-1, we obtain

$$q = \int_{-\infty}^{t} i\, d\tau = \int_{0}^{t} i\, d\tau + q(0) \qquad (1.2\text{-}2)$$

where $q(0)$ is the charge at $t = 0$.

## EXAMPLE 1.2-1 Current from Charge

Find the current in an element when the charge entering the element is

$$q = 12t \text{ C}$$

where $t$ is the time in seconds.

## Solution

Recall that the unit of charge is coulombs, C. Then the current, from Eq. 1.2-1, is

$$i = \frac{dq}{dt} = 12 \text{ A}$$

where the unit of current is amperes, A.

## EXAMPLE 1.2-2 Charge from Current

Find the charge that has entered the terminal of an element from $t = 0$ s to $t = 3$ s when the current entering the element is as shown in Figure 1.2-6.




FIGURE 1.2-6 Current waveform for Example 1.2-2.

## Solution

From Figure 1.2-6, we can describe $i(t)$ as

$$i(t) = \begin{cases} 0 & t < 0 \\ 1 & 0 < t \leq 1 \\ t & t > 1 \end{cases}$$

Using Eq. 1.2-2, we have

$$q(3) - q(0) = \int_0^3 i(t)dt = \int_0^1 1\,dt + \int_1^3 t\,dt$$

$$= t\Big|_0^1 + \frac{t^2}{2}\Big|_1^3 = 1 + \frac{1}{2}(9 - 1) = 5 \text{ C}$$

Alternatively, we note that integration of $i(t)$ from $t = 0$ to $t = 3$ s simply requires the calculation of the area under the curve shown in Figure 1.2-6. Then, we have

$$q = 1 + 2 \times 2 = 5 \text{ C}$$

***EXERCISE 1.2-1*** Find the charge that has entered an element by time $t$ when $i = 8t^2 - 4t$ A, $t \geq 0$. Assume $q(t) = 0$ for $t < 0$.

*Answer:* $q(t) = \frac{8}{3}t^3 - 2t^2$ C

***EXERCISE 1.2-2*** The total charge that has entered a circuit element is $q(t) = 4 \sin 3t$ C when $t \geq 0$, and $q(t) = 0$ when $t < 0$. Determine the current in this circuit element for $t > 0$.

*Answer:* $i(t) = \frac{d}{dt}4 \sin 3t = 12 \cos 3t$ A