# EXHIBIT 12

COTT

littlest clue
an ever knew;
may be you."

OHN MASEFIELD

# LINEAR CIRCUITS

*by*

RONALD E. SCOTT

*Professor of Electrical Engineering*
*Northeastern University*
*Director of Research*
*Contronics, Inc.*

*with the editorial assistance of*

MARTIN W. ESSIGMANN

*Chairman of the Department of Electrical Engineering*
*Northeastern University*

ADDISON-WESLEY PUBLISHING COMPANY, INC.
READING, MASSACHUSETTS, U.S.A.
LONDON, ENGLAND

This book is in the

ADDISON-WESLEY SERIES IN THE ENGINEERING SCIENCES

---

Electrical and Control Systems

*Copyright © 1960*
**ADDISON-WESLEY PUBLISHING COMPANY, INC.**

*Printed in the United States of America*

ALL RIGHTS RESERVED. THIS BOOK, OR PARTS THEREOF, MAY NOT BE REPRODUCED IN ANY FORM WITHOUT WRITTEN PERMISSION OF THE PUBLISHERS.

*Library of Congress Catalog Card No. 60–11853*

*Linear Circuits* is intend
gineering for electrical eng
achieve a maximum of dep
possible time. To this end,
cuit theory as a branch of a
is to provide a foundatio
program, upon which the v
With this background, elect
nonlinear elements; machin
of time-varying elements; a
distributed-parameter circu
an extension in informatio
stimulus-response relations
conclusion in systems analy
The material covered in t

1. Resistiv
2. Transie
3. Steady-
4. Transie

The first two sections ar
second two sections are in
first section deals with the f
of network topology, mesh
used for solving one-termi
using a framework of resisti
complete picture of the m
covers transients in simple
the time domain and the el
The third section conside
sinusoids. Time-domain
separated, and all the meth
quency-domain circuits. M
tained from both the $s$-plan
transients by frequency-do
Laplace methods are prese
response of circuits to comp
There is sufficient materi

Case 6:20-cv-00212-ADA Document 41-14 Filed 10/23/20 Page 4 of 6



view regarding models. The first is that a model is a purely mathematical approximation to a real physical device. For example, a real wheel may be described mathematically as a circle of radius $R$. The second point of view is that the model is an idealized physical device. An "ideal" wheel would be perfectly round and might have zero mass, just like its mathematical counterpart, the circle. Both points of view are useful. The main reason for having models is so that we can describe devices mathematically. However, our physical intuition concerning ideal physical models will often guide and direct our mathematical manipulations. A block diagram of the relationship between physical reality and models is shown in Fig. 1–1. Electric circuits are the idealized models which are used to represent electrical devices.




FIG. 1–1. Physical reality and models.

We would not, as engineers, be interested in circuits unless they did correspond more or less exactly to some physical reality. The nature of the correspondence is not easy to predict. The use of idealized circuits is not an exact science, but a subject which must be learned in the laboratory and by experience. However, the accumulated experience of generations of electrical engineers tells us that the correspondence is exceedingly good between such circuits and physical electrical devices. Initially the student must accept this result and learn circuit theory as he once learned the multiplication table. If the student is disappointed to learn that circuit theory is not "real" engineering, he will also be overjoyed to learn that neither does it become obsolete. As he becomes more proficient as an engineer he will use more complex models to represent a given device, but the rules for manipulating them will remain the same. As new physical devices are invented, they too will be reduced to models and treated by the same circuit theory.

**1–2 Stimulus and response in physical systems.** The ideas of stimulus and response are basic to our concept of a physical world. Intuitively we see examples of cause and effect in every aspect of the world around us.



Some examples are predicta
finger becomes warm, and w
examples are less predictabl
cannot be foreseen with cer
from time to time and even
In electrical engineering
measure the responses. Fur
time to time and from pers
situation is shown in Fig. 1–
plied to the system by an ex
sents the utilization of the
system itself is called a *circu*




FIG. 1–2. Th

In many networks the ou
input stimulus. For examp
doubles. Networks which
theory of linear networks, w
basic core of network theor
electrical engineering proble
methods. The implications
example, a network with an
second identical stimulus is
is now doubled, the output
response is the sum of the tw
obtained if the two sources a
to arbitrary sources at arbit
*principle of superposition.* Si
acting at once can be obtain
each of the sources acting a
than one source at a time. Th
in Fig. 1–2 thus represents th
It is the central theme of thi
The first third of the book
work in which the response i

* For a mathematical proof c

ıodel is a purely mathematical
: example, a real wheel may be
lius *R*. The second point of
ical device. An "ideal" wheel
zero mass, just like its mathe-
; of view are useful. The main
scribe devices mathematically.
ıg ideal physical models will
ınipulations. A block diagram
nd models is shown in Fig. 1–1.
which are used to represent




and models.

ed in circuits unless they did
sical reality. The nature of the
: use of idealized circuits is not
t be learned in the laboratory
lated experience of generations
espondence is exceedingly good
l devices. Initially the student
theory as he once learned the
appointed to learn that circuit
ılso be overjoyed to learn that
oecomes more proficient as an
o represent a given device, but
in the same. As new physical
uced to models and treated by

ystems. The ideas of stimulus
physical world. Intuitively we
aspect of the world around us.



Some examples are predictable. When we rub a finger on the wall the finger becomes warm, and when we shut our eyes we no longer see. Other examples are less predictable. The weather depends on many factors and cannot be foreseen with certainty. The behavior of human beings varies from time to time and even depends on who conducts the experiment!

In electrical engineering it is possible to isolate the stimuli and to measure the responses. Furthermore, the results can be duplicated from time to time and from person to person. A block diagram of a typical situation is shown in Fig. 1–2. The input stimulus represents energy supplied to the system by an external source, and the output response represents the utilization of the energy at some other point. The idealized system itself is called a *circuit*, or a *network*.




FIG. 1–2. The stimulus-response relationship.

In many networks the output response is directly proportional to the input stimulus. For example, if the input is doubled, the output also doubles. Networks which possess this property are called *linear*. The theory of linear networks, which will be discussed in this book, forms a basic core of network theory and indeed represents the majority of the electrical engineering problems which can be solved by simple analytical methods. The implications of linearity are far-reaching. Consider, for example, a network with an input stimulus and an output response. A second identical stimulus is added at the input. Since the total stimulus is now doubled, the output response also doubles. In effect, the output response is the sum of the two separate responses which would have been obtained if the two sources acted separately. This result can be extended to arbitrary sources at arbitrary points in a network.* It is called the *principle of superposition*. Since the response for a large number of sources acting at once can be obtained as the sum of the responses produced by each of the sources acting alone, it is never necessary to consider more than one source at a time. The single stimulus-response relationship shown in Fig. 1–2 thus represents the most general situation for a linear network. It is the central theme of this book.

The first third of the book discusses a particularly simple type of network in which the response is equal to the stimulus multiplied by a con-

* For a mathematical proof of linearity and superposition, see Chapter 3.

stant.* This constant, which summarizes the effect of the network in producing a response from the input stimulus, is called the *response function* of the network. In the second third of the book the response function is no longer a constant, but becomes a function of time. The third section of the book discusses the particularly important case of the stimulus-response relationship when the stimulus is sinusoidal in character.

**1–3 Circuit variables: current and voltage.** If we were interested in the flow of automobile traffic in a country, we would undoubtedly concentrate on the movements along the trunk highways and ignore the exact distribution within any single city. Similarly, in the realm of electric circuits we are often interested in the flow of electricity from one device to another, and not in the distribution of the energy within any one device. Under these circumstances we are justified in taking the basic building blocks of our model theory as "lumped" elements in which the electrical behavior is summarized by the effect produced at the *terminals* or trunk lines entering the device. The simplest devices have a single pair of terminals. Electricity enters at one terminal and leaves from the other. A typical lumped element and its associated terminal pair are shown in Fig. 1–3. The actual physical device is pictured in Fig. 1–3(a) as occupying some region of space. The network model shown in Fig. 1–3(b) has one pair of terminals with an idealized mathematical connection between them. It has no physical dimensions and no preferred orientation in space; it can be moved around and rotated at will.




FIG. 1–3. A lumped element and its terminal pair.

Networks are composed of these ideal elements linked together by ideal connectors which absorb no energy at all. In many applications the network models predict the behavior of actual physical devices with acceptable precision. A limitation on the accuracy is imposed by the finite speed of propagation of electrical energy. If the energy is applied to one device,

* These networks are sometimes loosely called direct-current, or d-c, networks. The correct requirement is that there should be no energy-storage elements in the network. There is no restriction on the type of stimulus.