# EXHIBIT 13

Corrections and Software Updates

# CIRCUITS

*Fawwaz T. Ulaby & Michel M. Maharbiz*






Bundled with
NI LabVIEW™
and Multisim™
Student Editions

# CIRCUITS

Fawwaz T. Ulaby
*The University of Michigan*

Michel M. Maharbiz
*The University of California, Berkeley*

nts
NATIONAL TECHNOLOGY & SCIENCE PRESS

ISBN: 978-1-934891-10-0

10 9 8 7 6 5 4 3 2

Publisher: Tom Robbins
General Manager: Erik Luther
Marketing Manager: Brad Armstrong
Technology Manager : Mark Walters
Compositor: Paul Mailhot, PreTeX Inc.
Series Advisors: James H. McClellan, Georgia Institute of Technology
Charles G. Sodini, M.I.T.

Cover illustration: Courtesy of Canon U.S.A. All rights reserved.

©2010 National Technology and Science Press.

All rights reserved. Neither this book, nor any portion of it, may be copied or reproduced in any form or by any means without written permission of the publisher.

NTS Press respects the intellectual property of others, and we ask our readers to do the same. This book is protected by copyright and other intellectual property laws. Where the software referred to in this book may be used to reproduce software or other materials belonging to others, you should use such software only to reproduce materials that you may reproduce in accordance with the terms of any applicable license or other legal restriction.

LabVIEW, Multisim, and National Instruments are trademarks of National Instruments.

MATLAB is a registered trademark of The MathWorks, Inc., 3 Apple Hill Drive, Natick, MA 01760-2098.

All other trademarks or product names are the property of their respective owners.

Library of Congress Control Number: 2010936655

**Additional Disclaimers:**

The reader assumes all risk of use of this book and of all information, theories, and programs contained or described in it. This book may contain technical inaccuracies, typographical errors, other errors and omissions, and out-of-date information. Neither the author nor the publisher assumes any responsibility or liability for any errors or omissions of any kind, to update any information, or for any infringement of any patent or other intellectual property right.

Neither the author nor the publisher makes any warranties of any kind, including without limitation any warranty as to the sufficiency of the book or of any information, theories, or programs contained or described in it, and any warranty that use of any information, theories, or programs contained or described in the book will not infringe any patent or other intellectual property right. THIS BOOK IS PROVIDED "AS IS." ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS, ARE DISCLAIMED.

No right or license is granted by publisher or author under any patent or other intellectual property right, expressly, or by implication or estoppel.

IN NO EVENT SHALL THE PUBLISHER OR THE AUTHOR BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, COVER, ECONOMIC, OR CONSEQUENTIAL DAMAGES ARISING OUT OF THIS BOOK OR ANY INFORMATION, THEORIES, OR PROGRAMS CONTAINED OR DESCRIBED IN IT, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND EVEN IF CAUSED OR CONTRIBUTED TO BY THE NEGLIGENCE OF THE PUBLISHER, THE AUTHOR, OR OTHERS. Applicable law may not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

# CHAPTER 1

# Circuit Terminology

## Chapter Contents


Cell-Phone Circuit Architecture, 2
1-1 Historical Timeline, 3
1-2 Units, Dimensions, and Notation, 9
TB1 Micro- and Nanotechnology, 10
1-3 Electric Charge and Current, 13
1-4 Voltage and Power, 17
TB2 Moore's Law and Scaling, 20
1-5 Circuit Elements, 23
Chapter 1 Relationships, 28
Chapter Highlights, 28
Glossary of Important Terms, 29
Problems, 29


## Objectives

Upon learning the material presented in this chapter, you should be able to:

1. Differentiate between active and passive devices; analysis and synthesis; device, circuit, and system; and dc and ac.
2. Point to important milestones in the history of electrical and computer engineering.
3. Use multiple and submultiple prefixes.
4. Relate electric charge to current; voltage to energy; power to current and voltage; and apply the passive sign convention.
5. Describe the properties of dependent and independent sources.
6. Define the $i$-$v$ relationship for: a voltage source; a current source; a resistor; a capacitor; and an inductor.
7. Describe the operation of SPST and SPDT switches.

## Cell-Phone Circuit Architecture

Electronic circuits are contained in just about every gadget we use in daily living. In fact, electronic sensors, computers, and displays are at the operational heart of most major industries, from agricultural production and transportation to healthcare and entertainment. The ubiquitous cell phone (Fig. 1-1), which has become practically indispensable, is a perfect example of an integrated electronic architecture made up of a large number of interconnected circuits. It includes amplifier circuits, oscillators, frequency up- and down-converters, and circuits with many other types of functions (Fig. 1-2). Factors such as compatibility among the various circuits and proper electrical connections between them are critically important to the overall operation and integrity of the cell phone.

Usually, we approach electronic analysis and design through a hierarchical arrangement where we refer to the overall entity as a ***system***, its subsystems as ***circuits***, and the individual circuit elements as ***devices*** or components. Thus, we may regard the cell phone as a system (which is part of a much larger communication system); its audio-frequency amplifier, for example, as a circuit, and the resistors, integrated circuits (ICs), and other constituents of the amplifier as devices. In actuality, an IC is a fairly complex circuit in its own right, but its input/output functionality is such that usually it can be represented by a relatively simple equivalent circuit, thereby allowing us to treat it like a device. Generally, we refer to



**Figure 1-1:** Cell phone.




**Figure 1-2:** Cell-phone block diagram.

devices that do not require an external power source in order to operate as *passive devices*; these include resistors, capacitors, and inductors. In contrast, an *active device* (such as a transistor or an IC) cannot function without a power source.

This book is about *electric circuits*. A student once asked: "What is the difference between an *electric* circuit and an *electronic* circuit? Are they the same or different?" Strictly speaking, both refer to the flow of electric charge carried by electrons, but historically, the term "electric" preceded "electronic," and over time the two terms have come to signify different things:

> An electric circuit is one composed of passive devices, in addition to voltage and current sources, and possibly some types of switches. In contrast, the term "electronic" has become synonymous with transistors and other active devices.

The study of electric circuits usually precedes and sets the stage for the study of electronic circuits, and even though a course on electric circuits usually does not deal with the internal operation of an active device, it does incorporate active devices in the circuit examples considered for analysis, but it does so by representing the active devices in terms of equivalent circuits.

An *electric circuit*, as defined by *Webster's English Dictionary*, is a "complete or partial path over which current may flow." The path may be confined to a physical structure (such as a metal wire connecting two components), or it may be an unbounded channel carrying electrons through it. An example of the latter is when a lightning bolt strikes the ground, creating an electric current between a highly charged atmospheric cloud and the earth's surface.

The study of electric circuits consists of two complementary parts: *analysis* and *synthesis* (Fig. 1-3). Through analysis, we develop an understanding of "how" a given circuit works. If we think of a circuit as having an input—a stimulus—and an output—a response, the tools we use in circuit analysis allow us to relate mathematically the output response to the input stimulus, enabling us to analytically and graphically "observe" the behavior of the output as we vary the relevant parameters of the input. An example might be a specific amplifier circuit, in which case the objective of circuit analysis might be to establish how the output voltage varies as a function of the input voltage over the full operational range of the amplifier parameters. By analyzing the operation of each circuit in a system containing multiple circuits, we can characterize the operation of the overall system.

As a process, synthesis is the reverse of analysis. In engineering, we tend to use the term *design* as a synonym for synthesis. The design process usually starts by defining the operational specifications that a gadget or system should meet, and then we work backwards (relative to the analysis process) to develop circuits that will satisfy those specifications. In analysis, we are dealing with a single circuit with a specific set of operational characteristics. We may employ different analysis tools and techniques, but the circuit is unique, and so are its operational characteristics. That is not necessarily the case for synthesis; the design process may lead to multiple circuit realizations—each one of which exhibits or satisfies the desired specifications.

Given the complementary natures of analysis and synthesis, it stands to reason that developing proficiency with the tools of circuit analysis is a necessary prerequisite to becoming a successful design engineer. This textbook is intended to provide the student with a solid foundation of the primary set of tools and mathematical techniques commonly used to analyze both *direct current (dc)* and *alternating current (ac)* circuits, as well as circuits driven by pulses and other types of waveforms. A dc circuit is one in which voltage and current sources are constant as a function of time, whereas in ac circuits, sources vary sinusoidally with time. Even though this is not a book on circuit design, design problems occasionally are introduced into the discussion as a way to illustrate how the analysis and synthesis processes complement each other.

> **Review Question 1-1:** What are the differences between a device, a circuit, and a system?
>
> **Review Question 1-2:** What is the difference between analysis and synthesis?

## 1-1 Historical Timeline

We live today in the age of electronics. No field of science or technology has had as profound an influence in shaping the




Figure 1-3: The functionality of a circuit is discerned by applying the tools of circuit analysis. The reverse process, namely the realization of a circuit whose functionality meets a set of specifications, is called circuit synthesis or design.