# EXHIBIT 14

# New Oxford American Dictionary

## Third Edition

*Oxford Dictionaries* IN **Print + Online**

The world's most trusted dictionaries

# New Oxford American Dictionary

THIRD EDITION

*Edited by*

Angus Stevenson

Christine A. Lindberg

FIRST EDITION

Elizabeth J. Jewell

Frank Abate

OXFORD
UNIVERSITY PRESS

OXFORD
UNIVERSITY PRESS

Oxford University Press, Inc., publishes works that further
Oxford University's objective of excellence
in research, scholarship, and education.

Oxford New York

Auckland Cape Town Dar es Salaam Hong Kong Karachi
Kuala Lumpur Madrid Melbourne Mexico City Nairobi
New Delhi Shanghai Taipei Toronto

With offices in

Argentina Austria Brazil Chile Czech Republic France Greece
Guatemala Hungary Italy Japan Poland Portugal Singapore
South Korea Switzerland Thailand Turkey Ukraine Vietnam

Copyright © 2010 by Oxford University Press

First edition 2001
Second edition 2005
Third edition 2010

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, NY 10016
www.oup.com

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

The Library of Congress Cataloging-in-Publication Data
Data available

ISBN 978-0-19-539288-3

15 17 19 18 16 14

Printed in the United States of America
on acid-free paper

1536233313150735

Case 6:20-cv-00212-ADA Document 41-16 Filed 10/23/20 Page 5 of 6

her family but enabled by a fairy godmother to attend a royal ball. She meets and captivates Prince Charming but has to flee at midnight, leaving the prince to identify her by the glass slipper that she leaves behind. ■ [as noun] a person or thing of unrecognized or disregarded merit or beauty. ■ [as noun] a neglected aspect of something: *is research into breast cancer to remain the Cinderella of medicine?* ■ Philately any stamplike label that is not valid as postage.
– ORIGIN from CINDER + the diminutive suffix *-ella*, on the pattern of French *Cendrillon*, from *cendre* 'cinders.'

C

**cin·der track** (also **cinder path**) ▶ n. a footpath or running track laid with fine cinders.

**cin·e** /'sinē/ ▶ adj. chiefly Brit. cinematographic: *a cine camera.*

**cine-** ▶ comb. form representing CINEMATOGRAPHIC (see CINEMATOGRAPHY).

**cin·e·aste** /'sinē,ast/ (also **cineast**) ▶ n. a filmmaker. ■ an enthusiast for or devotee of movies or filmmaking.
– ORIGIN 1920s: from French *cinéaste*, from *ciné* (from *cinéma*), on the pattern of *enthousiaste* 'enthusiast.'

**cin·e·ma** /'sinəmə/ ▶ n. a movie theater. ■ the production of movies as an art or industry: *the history of American cinema.*
– ORIGIN early 20th cent.: from French *cinéma*, abbreviation of *cinématographe* (see CINEMATOGRAPH).

**Cin·e·ma·Scope** /'sinəmə,skōp/ ▶ n. trademark a cinematographic process in which special lenses are used to compress a wide image into a standard frame and then expand it again during projection. It results in an image that is almost two and a half times as wide as it is high.
– DERIVATIVES **Cin·e·ma·Scop·ic** /,sinəmə'skäpik/ adj.

**cin·e·ma·theque** /'sinəmə,tek/ ▶ n. **1** a motion-picture library or archive.
**2** a small movie theater, esp. one that shows avant-garde or classic movies.
– ORIGIN 1960s: from French *cinémathèque*, from *cinéma* 'cinema,' on the pattern of *bibliothèque* 'library.'

**cin·e·mat·ic** /,sinə'matik/ ▶ adj. of or relating to motion pictures: *cinematic output.* ■ having qualities characteristic of motion pictures: *the cinematic feel of their video.*
– DERIVATIVES **cin·e·mat·i·cal·ly** /-ik(ə)lē/ adv.

**cin·e·ma·tize** /'sinəmə,tīz/ ▶ v. [with obj.] adapt (a play, story, etc.) to the cinema; make a movie of.

**cin·e·mat·o·graph** /,sinə'matəgraf/ (also **kinematograph** /,kinə-/) ▶ n. chiefly Brit. historical an early motion-picture projector.
– ORIGIN late 19th cent.: from French *cinématographe*, from Greek *kinēma*, *kinēmat-* 'movement,' from *kinein* 'to move.'

**cin·e·ma·tog·ra·phy** /,sinəmə'tägrəfē/ ▶ n. the art of making motion pictures.
– DERIVATIVES **cin·e·ma·tog·ra·pher** /-fər/ n., **cin·e·mat·o·graph·ic** /-,matə'grafik/ adj., **cin·e·mat·o·graph·i·cal·ly** /-,matə'grafik(ə)lē/ adv.

**ci·né·ma·vé·ri·té** /,sinəmə ,veri'tā/ ▶ n. a style of filmmaking characterized by realistic, typically documentary motion pictures that avoid artificiality and artistic effect and are generally made with simple equipment. ■ motion pictures of this style collectively.
– ORIGIN mid 20th cent.: French, literally 'cinema truth.'

**cin·e·phile** /'sini,fīl/ ▶ n. a person who is fond of motion pictures.

**cin·e·plex** /'sini,pleks/ (also **Cineplex**) ▶ n. trademark a movie theater with several separate screens; a multiplex.
– ORIGIN 1970s: blend of CINEMA and COMPLEX.

**cin·e·rar·i·a** /,sinə're(ə)rēə/ ▶ n. a plant of the daisy family with compact masses of bright flowers, often cultivated as a houseplant. ● Genus *Pericallis* (formerly *Senecio* or *Cineraria*), family Compositae.
– ORIGIN modern Latin, feminine of Latin *cinerarius* 'of ashes,' from *cinis*, *ciner-* 'ashes' (because of the ash-colored down on the leaves).

**cin·e·rar·i·um** /,sinə're(ə)rēəm/ ▶ n. (pl. **cinerariums**) a place where the ashes of the cremated dead are kept.
– DERIVATIVES **cin·e·rar·y** /'sinə,rerē/ adj.
– ORIGIN late 19th cent.: from late Latin, neuter (used as a noun) of *cinerarius* 'of ashes.'

**ci·ne·re·ous** /sə'ni(ə)rēəs/ ▶ adj. (esp. of hair or feathers) ash-gray.
– ORIGIN late Middle English: from Latin *cinereus* 'similar to ashes' (from *cinis*, *ciner-* 'ashes') + -OUS.

**ci·ne·re·ous vul·ture** ▶ n. another term for BLACK VULTURE (sense 2).

**ci·né-vé·ri·té** /,sinə ,veri'tā, si'nā/ ▶ n. another term for CINÉMA-VÉRITÉ.

**cin·gu·lum** /'siNGgyələm/ ▶ n. (pl. **cingula** /-lə/) Anatomy **1** a curved bundle of nerve fibers in each hemisphere of the brain.
**2** a ridge of enamel on the base or margin of the crown of a tooth.
– DERIVATIVES **cin·gu·late** /-lit/ adj.
– ORIGIN mid 19th cent.: from Latin, 'belt,' from *cingere* 'gird.'

**cin·na·bar** /'sinə,bär/ ▶ n. a bright red mineral consisting of mercury sulfide. It is the only important ore of mercury and is sometimes used as a pigment. ■ the bright red color of this; vermilion: [as modifier] *the blood coagulated in cinnabar threads.*
– ORIGIN Middle English: from Latin *cinnabaris*, from Greek *kinnabari*, of obscure origin.

**cin·nam·ic** /sə'namik/ ▶ adj. of cinnamon. ■ denoting an acidic crystalline powder (**cinnamic acid**), $C_9H_8O_2$, derived from cinnamon or produced synthetically and used in medicine and perfumery.

**cin·na·mon** /'sinəmən/ ▶ n. **1** an aromatic spice made from the peeled, dried, and rolled bark of a Southeast Asian tree. ■ a reddish- or yellowish-brown color resembling that of cinnamon.
**2** (also **cinnamon tree**) the tree that yields this spice. ● Genus *Cinnamomum*, family Lauraceae: several species, in particular *C. zeylanicum*, native to southern India and Sri Lanka.
– ORIGIN late Middle English: from Old French *cinnamome* (from Greek *kinnamōmon*), and Latin *cinnamon* (from Greek *kinnamon*), both from a Semitic language and perhaps based on Malay.

**cin·na·mon bear** ▶ n. a North American black bear of a variety with reddish-brown hair.

**cin·na·mon fern** ▶ n. a large North American fern whose fertile fronds are cinnamon-colored in spring. ● *Osmunda cinnamomea*, family Osmundaceae.

**cin·na·mon stick** ▶ n. a piece, typically several inches long, of the peeled, dried, and rolled bark of a cinnamon tree, used decoratively or to flavor mulled drinks.

**cin·quain** /siNG'kān/ ▶ n. (in verse) a five-line stanza.
– ORIGIN late 19th cent.: French, from *cinq* 'five.'

**cinque** /siNGk, saNGk/ (also **cinq**) ▶ n. the five on dice.
– ORIGIN late Middle English: from Old French *cinc*, *cink*, from Latin *quinque* 'five.'

**cin·que·cen·to** /,CHiNGkwi'CHentō/ ▶ n. (**the cinquecento**) the 16th century as a period of Italian art, architecture, or literature, with a reversion to classical forms.
– ORIGIN Italian, literally '500' (shortened from *milcinquecento* '1500') used with reference to the years 1500–99.

**cinque·foil** /'siNGk,foil, 'saNGk-/ ▶ n. **1** a widely distributed herbaceous plant of the rose family, with compound leaves of five leaflets and five-petaled yellow flowers. ● Genus *Potentilla*, family Rosaceae: numerous species, including the small-flowered creeping **common cinquefoil** (*P. simplex*) and the larger-flowered erect **rough-fruited cinquefoil** (*P. recta*).
**2** Art an ornamental design of five lobes arranged in a circle, e.g., in architectural tracery or heraldry.
– ORIGIN Middle English: from Latin *quinquefolium*, from *quinque* 'five' + *folium* 'leaf.'


rough-fruited cinquefoil

**Cin·za·no** /CHin'zänō, sin-/ ▶ n. (pl. **Cinzanos**) trademark a type of vermouth produced in Italy.
– ORIGIN from the name of the producers.

**CIO** ▶ abbr. Congress of Industrial Organizations.

**ci·on** ▶ n. variant spelling of SCION (sense 1).

**ci·pher** /'sīfər/ (also **cypher**) ▶ n. **1** a secret or disguised way of writing; a code: *he was writing cryptic notes in a cipher* | *the information may be given in cipher.* ■ a thing written in such a code. ■ a key to such a code.
**2** dated a zero; a figure 0. ■ a person or thing of no importance, esp. a person who does the bidding of others and seems to have no will of their own.
**3** a monogram.
**4** a continuous sounding of an organ pipe, caused by a mechanical defect.
▶ v. **1** [with obj.] put (a message) into secret writing; encode.
**2** [no obj.] archaic do arithmetic.
– ORIGIN late Middle English (in the senses 'symbol for zero' and 'Arabic numeral'): from Old French *cifre*, based on Arabic *ṣifr* 'zero.' Sense 4 of the [illegible] is perhaps a different word.

**cir.** (also **circ.**) ▶ abbr. ■ circle. ■ circuit. ■ circ[illegible] ■ circulation. ■ circumference.

**cir·ca** /'sərkə/ ▶ prep. (often preceding a date) approximately: *built circa 1935.*
– ORIGIN mid 19th cent.: Latin.

**cir·ca·di·an** /sər'kādēən/ ▶ adj. Physiology (of biological processes) recurring naturally on a twenty-four-hour cycle, even in the absence of [illegible] fluctuations: *a circadian rhythm.*
– ORIGIN 1950s: formed irregularly from Latin *circa* 'around' + *dies* 'day.'

**Cir·cas·sian** /sər'kasHən/ ▶ adj. relating to or denoting a group of mainly Sunni Muslim peoples of the northwest Caucasus.
▶ n. **1** a member of this people.
**2** either of two North Caucasian languages of these peoples.
– ORIGIN from *Circassia*, Latinized form of Russian *Cherkes*, denoting a district in the northern Caucasus.

**Cir·ce** /'sərsē/ Greek Mythology an enchantress who [illegible] with her wild animals on the island of Aeaea. When Odysseus visited the island, his companions were changed into pigs by her potions, but he protected himself with the mythical herb *moly* and forced her to restore his men into human form.
– ORIGIN via Latin from Greek *Kirkē*.

**cir·ci·nate** /'sərsə,nāt/ ▶ adj. Botany rolled up with the tip in the center, for example the young frond of a fern. ■ Medicine circular in appearance.
– ORIGIN early 19th cent.: from Latin *circinatus*, past participle of *circinare* 'make round,' from *circinus* 'pair of compasses.'

**Cir·ci·nus** /'sərsənəs/ Astronomy a small and faint southern constellation (the Compasses), in the Milky Way next to Centaurus. ■ (as genitive **Circini** /'sərsənē/) used with a preceding letter or numeral to designate a star in this constellation: *the star Alpha Circini.*
– ORIGIN Latin.

**cir·cle** /'sərkəl/ (abbr.: **cir.** or **circ.**) ▶ n. **1** a round plane figure whose boundary (the circumference) consists of points equidistant from a fixed point (the center). ■ something in the shape of such a figure: *the lamp spread a circle of light* | *they all sat around in a circle.* ■ a dark circular mark below each eye, typically caused by illness or tiredness. ■ a curved upper tier of seats in a theater. See also DRESS CIRCLE.
**2** a group of people with shared professions, interests, or acquaintances: *she did not normally move in such exalted circles.*
▶ v. [with obj.] move all the way around (someone or something), esp. more than once: *the two dogs circled each other with hackles raised* | [no obj.] *we circled around the island.* ■ [no obj.] (**circle back**) move in a wide loop back toward one's starting point. ■ form a ring around: *the monastery was circled by a huge wall.* ■ draw a line around: *circle the correct answers.*
– PHRASES **circle the wagons** informal (of a group) unite in defense of a common interest. [with reference to the defensive position of a wagon train under attack.] **come** (or **turn**) **full circle** return to a past position or situation, esp. in a way considered to be inevitable. **go around** (or **around and around**) **in circles** informal do something for a long time without achieving anything but purposeless repetition: *the discussion went around and around in circles.* **run around in circles** informal be fussily busy with little result. **the wheel has turned** (or **come**) **full circle** the situation has returned to what it was in the past, as if completing a cycle. [with reference to Shakespeare's *King Lear*, by association with the wheel fabled to be turned by Fortune and representing mutability.]
– ORIGIN Old English, from Old French *cercle*, from Latin *circulus* 'small ring,' diminutive of *circus* 'ring.'

**cir·cle dance** ▶ n. a country dance or folk dance, typically following a traditional set of steps, in which dancers form a circle.

**cir·cle graph** ▶ n. another term for PIE CHART.

**cir·clet** /'sərklət/ ▶ n. a circular band, typically one made of precious metal, worn on the head as an ornament. ■ a small circular arrangement or object.
– ORIGIN late Middle English: from CIRCLE + -ET, perhaps reinforced by archaic French *cerclet*.

**cir·cuit** /'sərkət/ (abbr.: **cir.** or **circ.**) ▶ n. **1** a roughly circular line, route, or movement that starts and finishes at the same place: *I ran a circuit of the village.*

**2** an established itinerary of events or venues used for a particular activity, typically involving public performance: *the alternative cabaret circuit.* ■ a series of athletic exercises performed consecutively in one training session: [as modifier] *circuit training.* ■ a regular journey made by a judge around a particular district to hear cases in court: [as modifier] *a circuit judge.* ■ a district administered or formerly administered by traveling judges. ■ a group of local Methodist churches forming an administrative unit. ■ a chain of theaters or nightclubs under a single management.
**3** a complete and closed path around which a circulating electric current can flow. ■ a system of electrical conductors and components forming such a path.
▶ v. [with obj.] move all the way around (a place or thing): *the trains will follow the northern line, circuiting the capital.*
– ORIGIN late Middle English: via Old French from Latin *circuitus*, from *circuire*, variant of *circumire* 'go around,' from *circum* 'around' + *ire* 'go.'

**cir·cuit board** ▶ n. a thin rigid board containing an electric circuit; a printed circuit.

**cir·cuit break·er** ▶ n. an automatic device for stopping the flow of current in an electric circuit as a safety measure.

**cir·cu·i·tous** /sər'kyo͞oətəs/ ▶ adj. (of a route or journey) longer than the most direct way: *the canal followed a circuitous route* | figurative *a circuitous line of reasoning.*
– DERIVATIVES **cir·cu·i·tous·ly** adv., **cir·cu·i·tous·ness** n.
– ORIGIN mid 17th cent.: from medieval Latin *circuitosus*, from *circuitus* 'a way around' (see CIRCUIT).

**cir·cuit rid·er** ▶ n. historical a clergyman who traveled on horseback from church to church, esp. within a rural Methodist circuit.

**cir·cuit·ry** /'sərkətrē/ ▶ n. (pl. **circuitries**) electric circuits collectively: *solid state circuitry.* ■ a circuit or system of circuits performing a particular function in an electronic device: *switching circuitry.*

**cir·cu·lar** /'sərkyələr/ (abbr.: **cir.** or **circ.**) ▶ adj.
**1** having the form of a circle: *the building features a circular atrium.* ■ (of a movement or journey) starting and finishing at the same place and often following roughly the circumference of an imaginary circle: *a circular walk.*
**2** Logic (of an argument) already containing an assumption of what is to be proved, and therefore fallacious.
**3** [attrib.] (of a letter or advertisement) for distribution to a large number of people.
▶ n. a letter or advertisement that is distributed to a large number of people.
– DERIVATIVES **cir·cu·lar·i·ty** /ˌsərkyə'laritē/ n., **cir·cu·lar·ly** adv.
– ORIGIN late Middle English: from Old French *circulier*, from late Latin *circularis*, from Latin *circulus* 'small ring' (see CIRCLE).

**cir·cu·lar breath·ing** ▶ n. a technique of inhaling through the nose while blowing air through the lips from the cheeks, used to maintain constant exhalation esp. by players of certain wind instruments.

**cir·cu·lar func·tion** ▶ n. Mathematics another term for TRIGONOMETRIC FUNCTION.

**cir·cu·lar·ize** /'sərkyələˌrīz/ ▶ v. [with obj.] **1** distribute a large number of letters, leaflets, or questionnaires to (a group of people) in order to advertise something or canvas opinion.
**2** Biochemistry make (a stretch of DNA) into a circular loop.
– DERIVATIVES **cir·cu·lar·i·za·tion** /ˌsərkyələrə'zāsHən/ n.

**cir·cu·lar po·lar·i·za·tion** ▶ n. Physics polarization of an electromagnetic wave in which either the electric or the magnetic vector executes a circle perpendicular to the path of propagation with a frequency equal to that of the wave. It is frequently used in satellite communications.

**cir·cu·lar saw** ▶ n. a power saw with a rapidly rotating toothed disk.

**cir·cu·late** /'sərkyəˌlāt/ ▶ v. **1** move or cause to move continuously or freely through a closed system or area: [no obj.] *antibodies circulate in the bloodstream* | [with obj.] *the fan circulates hot air around the oven.* ■ [no obj.] move around a social function in order to talk to many different people.
**2** pass or cause to pass from place to place or person to person: [no obj.] *rumors of his arrest circulated* | [with obj.] *they were circulating the list to conservation groups.*
– DERIVATIVES **cir·cu·la·tive** /-ˌlātiv, -lətiv/ adj., **cir·cu·la·tor** /-ˌlātər/ n.
– ORIGIN late 15th cent. (as an alchemical term meaning 'distill something in a closed container, allowing condensed vapor to return to the original liquid'): from Latin *circulat-* 'moved in a circular path,' from the verb *circulare*, from *circulus* 'small ring' (see CIRCLE). Sense 1 dates from the mid 17th cent.

**cir·cu·lat·ing li·brar·y** ▶ n. historical a small library with books lent for a small fee to subscribers.

**cir·cu·la·tion** /ˌsərkyə'lāsHən/ (abbr.: **cir.** or **circ.**) ▶ n. **1** movement to and fro or around something, esp. that of fluid in a closed system: *an extra pump for good water circulation.* ■ the continuous motion by which the blood travels through all parts of the body under the action of the heart. ■ the movement of sap through a plant.
**2** the public availability or knowledge of something: *his music has achieved wide circulation.* ■ the movement, exchange, or availability of money in a country: *the new coins go into circulation today.* ■ [in sing.] the number of copies sold of a newspaper or magazine: *the magazine had a large circulation.*
– PHRASES **in** (or **out of**) **circulation** available (or unavailable) to the public; in (or not in) general use: *there is a huge volume of video material in circulation.* ■ used of a person who is seen (or not seen) in public: *Anne had made a good recovery and was back in circulation.*
– ORIGIN late Middle English (denoting continuous distillation of a liquid): from Latin *circulatio(n-)*, from the verb *circulare* (see CIRCULATE).

**cir·cu·la·to·ry** /'sərkyələˌtôrē/ ▶ adj. of or relating to the circulation of blood or sap.

**cir·cu·la·to·ry sys·tem** ▶ n. the system that circulates blood and lymph through the body, consisting of the heart, blood vessels, blood, lymph, and the lymphatic vessels and glands. Also called CARDIOVASCULAR SYSTEM.

**circum.** ▶ abbr. circumference.

**circum-** ▶ prefix about; around: *circumambulate* | *circumpolar.*
– ORIGIN from Latin *circum* 'around.'

**cir·cum·am·bi·ent** /ˌsərkəm'ambēənt/ ▶ adj. chiefly literary surrounding: *he could not see them clearly by reason of the circumambient water.*
– DERIVATIVES **cir·cum·am·bi·ence** n., **cir·cum·am·bi·en·cy** n.

**cir·cum·am·bu·late** /ˌsərkəm'ambyəˌlāt/ ▶ v. [with obj.] formal walk all the way around (something): *they used to circumambulate the perimeter wall.*
– DERIVATIVES **cir·cum·am·bu·la·tion** /-ˌambyə'lāsHən/ n., **cir·cum·am·bu·la·to·ry** /-'ambyələˌtôrē/ adj.

**cir·cum·cise** /'sərkəmˌsīz/ ▶ v. [with obj.] cut off the foreskin of (a young boy or man, esp. a baby) as a religious rite, esp. in Judaism and Islam, or as a medical treatment. ■ cut off the clitoris, and sometimes the labia, of (a girl or young woman) as a traditional practice among some peoples.
– ORIGIN Middle English: from Old French *circonciser*, or from Latin *circumcis-* 'cut around,' from the verb *circumcidere*, from *circum* 'around,' about' + *caedere* 'to cut.'

**cir·cum·ci·sion** /ˌsərkəm'sizHən, 'sərkəmˌsizHən/ ▶ n. the action or practice of circumcising a young boy or man. See also FEMALE CIRCUMCISION. ■ (**Circumcision**) (in church use) the feast of the Circumcision of Jesus, January 1.
– ORIGIN Middle English: from late Latin *circumcisio(n-)*, from the verb *circumcidere* (see CIRCUMCISE).

**cir·cum·fer·ence** /sər'kəmf(ə)rəns/ (abbr.: **cir.**, **circ.**, or **circum.**) ▶ n. the enclosing boundary of a curved geometric figure, esp. a circle. ■ the distance around something: *babies who have small head circumferences* | *two inches in circumference.*
– DERIVATIVES **cir·cum·fer·en·tial** /sərˌkəmfə'rencHəl/ adj., **cir·cum·fer·en·tial·ly** adv.
– ORIGIN late Middle English: from Old French *circonference*, from Latin *circumferentia*, from *circum* 'around, about' + *ferre* 'carry, bear.'

**cir·cum·flex** /'sərkəmˌfleks/ ▶ n. (also **circumflex accent**) a mark (^) placed over a vowel in some languages to indicate contraction, length, or pitch or tone.
▶ adj. Anatomy bending around something else; curved: *circumflex coronary arteries.*
– ORIGIN late 16th cent.: from Latin *circumflexus* (from *circum* 'around, about' + *flectere* 'to bend'), translating Greek *perispōmenos* 'drawn around.'

**cir·cum·flu·ent** /sər'kəmflo͞oənt, ˌsərkəm'flo͞oənt/ ▶ adj. flowing around; surrounding.
– DERIVATIVES **cir·cum·flu·ence** n.
– ORIGIN late 16th cent.: from Latin *circumfluent-* 'flowing around,' from the verb *circumfluere*, from *circum* 'around, about' + *fluere* 'to flow.'

**cir·cum·fuse** /ˌsərkəm'fyo͞oz/ ▶ v. [with obj.] (usu. **be circumfused**) archaic pour (a liquid) so as to cause it to surround something: circumfused.
– ORIGIN late 16th c[...] 'poured around,' f[...] *circum* 'around'

**cir·cum·ja·ce**[...] surrounding: *t*[...]
– ORIGIN late 15th [...] 'lying around, borde[...] *circumjacere*, from *circu*[...]

**cir·cum·lo·cu·tion** /ˌsərkən[...] use of many words where fewe[...] a deliberate attempt to be vague o[...] *admission came after years of circum*[...] *used a number of poetic circumlocutions*[...]
– ORIGIN late Middle English: from Latin *circumlocutio(n-)* (translating Greek *periphr*[...]) from *circum* 'around' + *locutio(n-)*, from *loqui* 'speak.'

**cir·cum·loc·u·to·ry** /ˌsərkəm'läkyəˌtôrē/ ▶ adj. using many words where fewer would do, esp. in a deliberate attempt to be vague or evasive; long-winded: *he has a meandering, circumlocutory speaking style.*

**cir·cum·lu·nar** /ˌsərkəm'lo͞onər/ ▶ adj. moving or situated around the moon: *a circumlunar flight.*

**cir·cum·nav·i·gate** /ˌsərkəm'navəˌgāt/ ▶ v. [with obj.] sail all the way around (something, esp. the world). ■ humorous go around or across (something): *he helped her to circumnavigate a frozen puddle.*
– DERIVATIVES **cir·cum·nav·i·ga·tion** /-ˌnavə'gāsHən/ n., **cir·cum·nav·i·ga·tor** /-ˌgātər/ n.

**cir·cum·po·lar** /ˌsərkəm'pōlər/ ▶ adj. situated around or inhabiting one of the earth's poles: *the eight circumpolar countries met in 1991.* ■ Astronomy (of a star or motion) above the horizon at all times in a given latitude: *the Big Dipper is circumpolar at Mediterranean latitudes.*

**cir·cum·ro·tate** /ˌsərkəm'rōtāt/ ▶ v. [no obj.] revolve or turn like a wheel.

**cir·cum·scribe** /'sərkəmˌskrīb/ ▶ v. [with obj.]
**1** restrict (something) within limits: *their movements were strictly monitored and circumscribed.*
**2** Geometry draw (a figure) around another, touching it at points but not cutting it. Compare with INSCRIBE.
– DERIVATIVES **cir·cum·scrib·er** n., **cir·cum·scrip·tion** /ˌsərkəm'skripsHən/ n.
– ORIGIN late Middle English: from Latin *circumscribere*, from *circum* 'around' + *scribere* 'write.'

**cir·cum·so·lar** /ˌsərkəm'sōlər/ ▶ adj. moving or situated around the sun.

**cir·cum·spect** /'sərkəmˌspekt/ ▶ adj. wary and unwilling to take risks: *the officials were very circumspect in their statements.*
– DERIVATIVES **cir·cum·spect·ly** adv.
– ORIGIN late Middle English: from Latin *circumspectus*, from *circumspicere* 'look around,' from *circum* 'around, about' + *specere* 'look.'

**cir·cum·spec·tion** /ˌsərkəm'speksHən/ ▶ n. the quality of being wary and unwilling to take risks; prudence: *circumspection is required in the day-to-day exercise of administrative powers.*

**cir·cum·stance** /'sərkəmˌstans, -stəns/ ▶ n. **1** (usu. **circumstances**) a fact or condition connected with or relevant to an event or action: *we wanted to marry but circumstances didn't permit.* ■ an event or fact that causes or helps to cause something to happen, typically something undesirable: *he was found dead but there were no suspicious circumstances* | *they were thrown together by circumstance.*
**2** one's state of financial or material welfare: *the artists are living in reduced circumstances.*
– PHRASES **under no circumstances** never, whatever the situation is or might be: *under no circumstances may the child be identified.* **under** (or **in**) **the circumstances** given the difficult nature of the situation: *she had every right to be angry under the circumstances.*
– DERIVATIVES **cir·cum·stanced** adj.
– ORIGIN Middle English: from Old French *circonstance* or Latin *circumstantia*, from *circumstare* 'encircle, encompass,' from *circum* 'around' + *stare* 'stand.'

**cir·cum·stan·tial** /ˌsərkəm'stancHəl/ ▶ adj. **1** (of evidence or a legal case) pointing indirectly toward someone's guilt but not conclusively proving it.
**2** (of a description) containing full details: *the picture was circumstantial and therefore convincing.*

PRONUNCIATION KEY ə ago, up; ər over, fur; a hat; ā ate; ä car; e let; ē see; i fit; ī by; NG sing; ō go; ô law, for; oi toy; o͝o good; o͞o goo; ou out; TH thin; T͟H then; ZH vision