# EXHIBIT 15

America's Best-Selling Dictionary

# Merriam-Webster's Collegiate® Dictionary

Eleventh Edition

®

New Ways to Find
the Words You Need Today

AN ENCYCLOPÆDIA BRITANNICA® COMPANY

# Merriam-Webster's Collegiate® Dictionary

ELEVENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2009 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
p. cm.
Includes index.
ISBN 978-0-87779-807-1 (Laminated unindexed : alk. paper)
ISBN 978-0-87779-808-8 (Jacketed hardcover unindexed : alk. paper)
ISBN 978-0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper)
ISBN 978-0-87779-810-1 (Leatherlook with CD-ROM : alk. paper)
ISBN 978-0-87779-813-2 (Canadian)
ISBN 978-0-87779-814-9 (International)
1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36 2003
423—dc21 2003003674
CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

13141516CDS:QWV111009

The English La

Ab

**A Dictionary**

Fo

**cinque·foil** \'siŋk-,fȯi(-ə)l, 'saŋk-\ *n* [ME *sink foil*, fr. AF *cincfoille*, fr. L *quinquefolium*, fr. *quinque* five + *folium* leaf — more at BLADE] (14c) **1** : any of a genus (*Potentilla*) of herbs and shrubs of the rose family usu. having 5-lobed leaves and 5-petaled flowers — called also *potentilla* **2** : a design enclosed by five joined foils
**CIO** *abbr* chief information officer
**ciop·pi·no** \chə-'pē-(,)nō\ *n* [modif. of It dial. (Liguria) *ciuppin*] (1917) : a stew of fish and shellfish cooked usu. with tomatoes, wine, spices, and herbs
**CIP** *abbr* Cataloging in Publication
**¹ci·pher** \'sī-fər\ *n, often attrib* [ME, fr. ML *cifra*, fr. Ar *ṣifr* empty, cipher, zero] (14c) **1 a** : ZERO 1a **b** : one that has no weight, worth, or influence : NONENTITY **2 a** : a method of transforming a text in order to conceal its meaning — compare CODE 3b **b** : a message in code **3** : ARABIC NUMERAL **4** : a combination of symbolic letters; *esp* : the interwoven initials of a name
**²cipher** *vb* **ci·phered; ci·pher·ing** \-f(ə-)riŋ\ *vi* (ca. 1530) : to use figures in a mathematical process ~ *vt* **1** : ENCIPHER **2** : to compute arithmetically
**ci·pher·text** \'sī-fər-,tekst\ *n* (1939) : the enciphered form of a text or of its elements — compare PLAINTEXT
**cip·ro·flox·a·cin** \,si-prə-'flăk-sə-sən, -prō-\ *n* [prob. fr. ISV *ci-* (alter. of *cycl-*) + *propyl* + *fluor-* + *ox-* + *az-* + *-mycin*] (1983) : a synthetic broad-spectrum antibiotic $C_{17}H_{18}FN_3O_3$ that is a fluorinated derivative of quinolone and is often administered in the form of its hydrochloride
**cir** *abbr* **1** circle; circular **2** circuit **3** circumference
**circ** *abbr* **1** circular **2** circulation
**cir·ca** \'sər-kə\ *prep* [L, fr. *circum* around — more at CIRCUM-] (1861) : at, in, or of approximately — used esp. with dates ⟨born ~ 1600⟩
**cir·ca·di·an** \,sər-'kā-dē-ən\ *adj* [L *circa* about + *dies* day + E ²*-an* — more at DEITY] (1959) : being, having, characterized by, or occurring in approximately 24-hour periods or cycles (as of biological activity or function) ⟨~ rhythms in activity⟩
**Cir·cas·sian** \(,)sər-'ka-sh(ē-)ən\ *n* [*Circassia*, region of the Caucasus] (1555) **1** : a member of a group of peoples of the northwestern Caucasus **2** : the language of the Circassian peoples — **Circassian** *adj*
**Circassian walnut** *n* (1914) : the light brown irregularly black-veined wood of the English walnut much used for veneer and cabinetwork
**Cir·ce** \'sər-(,)sē\ *n* [L, fr. Gk *Kirkē*] (14c) : a sorceress who changes Odysseus' men into swine but is forced by Odysseus to change them back
**cir·ci·nate** \'sər-sə-,nāt\ *adj* [L *circinatus*, pp. of *circinare* to round, fr. *circinus* pair of compasses, fr. *circus*] (1830) : ROUNDED, COILED; *esp* : rolled in the form of a flat coil with the apex as a center ⟨~ fern fronds unfolding⟩ — **cir·ci·nate·ly** *adv*
**¹cir·cle** \'sər-kəl\ *n, often attrib* [ME *cercle*, fr. AF, fr. L *circulus*, dim. of *circus* circle, circus, fr. or akin to Gk *krikos*, *kirkos* ring; akin to OE *hring* ring — more at RING] (14c) **1 a** : RING, HALO **b** : a closed plane curve every point of which is equidistant from a fixed point within the curve **c** : the plane surface bounded by such a curve **2** *archaic* : the orbit of a celestial body **3** : something in the form of a circle or section of a circle: as **a** : DIADEM **b** : an instrument of astronomical observation the graduated limb of which consists of an entire circle **c** : a balcony or tier of seats in a theater **d** : a circle formed on the surface of a sphere by the intersection of a plane that passes through it ⟨~ of latitude⟩ **e** : ROTARY 2 **4** : an area of action or influence : REALM **5 a** : CYCLE, ROUND ⟨the wheel has come full ~⟩ **b** : fallacious reasoning in which something to be demonstrated is covertly assumed **6** : a group of persons sharing a common interest or revolving about a common center ⟨the sewing ~ of her church⟩ ⟨family ~⟩ ⟨the gossip of court ~*s*⟩ **7** : a territorial or administrative division or district **8** : a curving side street
**²circle** *vb* **cir·cled; cir·cling** \-k(ə-)liŋ\ *vt* (14c) **1** : to enclose in or as if in a circle **2** : to move or revolve around ⟨satellites *circling* the earth⟩ ~ *vi* **1 a** : to move in or as if in a circle **b** : CIRCULATE **2** : to describe or extend in a circle — **cir·cler** \-k(ə-)lər\ *n*
**circle graph** *n* (1928) : PIE CHART
**cir·clet** \'sər-klət\ *n* (15c) : a little circle; *esp* : a circular ornament
**¹cir·cuit** \'sər-kət\ *n, often attrib* [ME, fr. MF & L; MF *circuite*, fr. L *circuitus*, fr. *circumire*, *circuire* to go around, fr. *circum-* + *ire* to go — more at ISSUE] (14c) **1 a** : a usu. circular line encompassing an area **b** : the space enclosed within such a line **2 a** : a course around a periphery **b** : a circuitous or indirect route **3 a** : a regular tour (as by a traveling judge or preacher) around an assigned district or territory **b** : the route traveled **c** : a group of church congregations ministered to by one pastor **4 a** : the complete path of an electric current including usu. the source of electric energy **b** : an assemblage of electronic elements : HOOKUP **c** : a two-way communication path between points (as in a computer) **d** : a neuronal pathway of the brain along which electrical and chemical signals travel **5 a** : an association of similar groups : LEAGUE **b** : a number or series of public outlets (as theaters, radio shows, or arenas) offering the same kind of presentation **c** : a number of similar social gatherings ⟨the cocktail ~⟩ — **cir·cuit·al** \-kə-tᵊl\ *adj*
**²circuit** *vt* (15c) : to make a circuit about ~ *vi* : to make a circuit
**circuit board** *n* (1948) : BOARD 9
**circuit breaker** *n* (1872) : a switch that automatically interrupts the current of an overloaded electric circuit
**circuit court** *n* (1708) : a court that sits at two or more places within one judicial district
**circuit judge** *n* (1801) : a judge who holds a circuit court
**cir·cu·i·tous** \(,)sər-'kyü-ə-təs\ *adj* [perh. fr. ML *circuitosus*, fr. L *circuitus*] (1664) **1** : having a circular or winding course ⟨a ~ route⟩ **2** : not being forthright or direct in language or action ⟨a ~ explanation⟩ — **cir·cu·i·tous·ly** *adv* — **cir·cu·i·tous·ness** *n*
**circuit rider** *n* (1837) : a clergyman assigned to a circuit esp. in a rural area
**cir·cuit·ry** \'sər-kə-trē\ *n, pl* **-ries** (1946) **1** : the detailed plan or arrangement of an electric circuit **2** : the components of an electric circuit **3** : the network of interconnected neurons in the nervous system and esp. the brain; *also* : CIRCUIT 4d
**cir·cu·ity** \(,)sər-'kyü-ə-tē\ *n, pl* **-ities** [*circuitous*] (ca. 1626) : lack of straightforwardness : INDIRECTION

**¹cir·cu·lar** \'sər-kyə-lər\ *adj* [ME *circuler*, fr. MF, fr. LL *circularis*, fr. L *circulus* circle] (15c) **1 a** : having the form of a circle : RO[...] ⟨a ~ [...] orbit⟩ **b** : moving in or describing a circle or spiral ⟨a ~ s[...] **a** : of or relating to a circle or its mathematical properties [...] **b** : having a circular base or bases ⟨a ~ cylinder⟩ **3** : CI[...] INDIRECT **4** : marked by or moving in a cycle **5** : being o[...] reasoning that uses in the argument or proof a conclusion to [...] or one of its unproved consequences **6** : intended for circ[...] ⟨~ letter⟩ — **cir·cu·lar·i·ty** \,sər-kyə-'ler-ə-tē, -'la-rə-\ *n* — **cir[...]ly** \'sər-kyə-lər-lē\ *adv* — **cir·cu·lar·ness** *n*
**²circular** *n* (1789) : a paper (as a leaflet) intended for wide distr[...]
**circular dichroism** *n* (ca. 1961) **1** : the property (as of an optic[...] tive medium) of unequal absorption of right and left plane-p[...] light so that the emergent light is elliptically polarized **2** : a [...] scopic technique that makes use of circular dichroism
**circular file** *n* (1967) : WASTEBASKET
**circular function** *n* (1884) : TRIGONOMETRIC FUNCTION
**cir·cu·lar·ise** *Brit var of* CIRCULARIZE
**cir·cu·lar·ize** \'sər-kyə-lə-,rīz\ *vt* **-ized; -iz·ing** (1848) **1 a** : [...] circulars to **b** : to poll by questionnaire **2** : PUBLICIZE **3** : [...] circular — **cir·cu·lar·i·za·tion** \,sər-kyə-lər-ə-'zā-shən\ *n*
**circular saw** *n* (1817) : a power saw with a circular cutting blade [...] : the blade itself
**cir·cu·late** \'sər-kyə-,lāt\ *vb* **-lat·ed; -lat·ing** [L *circulatus*, pp. [...] *lare*, fr. *circulus*] *vi* (1603) **1** : to move in a circle, circuit, or orb[...] : to follow a course that returns to the starting point ⟨bloo[...] through the body⟩ **2** : to pass from person to person or place to [...] as **a** : to flow without obstruction **b** : to become well-kno[...] widespread ⟨rumors *circulated* through the town⟩ **c** : to go [...] group to group at a social gathering **d** : to come into the han[...] readers; *specif* : to become sold or distributed ~ *vt* : to cause to [...] late — **cir·cu·lat·able** \-,lā-tə-bəl\ *adj* — **cir·cu·la·tive** \-,lā-[...] — **cir·cu·la·tor** \-,lā-tər\ *n*
**circulating decimal** *n* (1768) : REPEATING DECIMAL
**cir·cu·la·tion** \,sər-kyə-'lā-shən\ *n* (1535) **1** : orderly mo[...] through a circuit; *esp* : the movement of blood through the ves[...] the body induced by the pumping action of the heart **2** : FLO[...] : passage or transmission from person to person or place to pla[...] : the interchange of currency ⟨coins in ~⟩ **b** : the extent of d[...] nation: as (1) : the average number of copies of a publicatio[...] over a given period (2) : the total number of items borrowed fro[...] brary
**cir·cu·la·to·ry** \'sər-kyə-lə-,tȯr-ē\ *adj* (1605) : of or relating to ci[...] tion or the circulatory system ⟨~ failure⟩
**circulatory system** *n* (1862) : the system of blood, blood vesse[...] phatics, and heart concerned with the circulation of the bloo[...] lymph
**circum-** *prefix* [AF or L; AF, fr. L, fr. *circum*, fr. *circus* circle — [...] CIRCLE] : around : about ⟨*circum*polar⟩
**cir·cum·am·bi·ent** \,sər-kᵊm-'am-bē-ənt\ *adj* [LL *circumambien[...]* *cumambiens*, prp. of *circumambire* to surround in a circle, fr. L [...] + *ambire* to go around — more at AMBIENT] (1633) : being on a[...] : ENCOMPASSING — **cir·cum·am·bi·ent·ly** *adv*
**cir·cum·am·bu·late** \-'am-byə-,lāt\ *vt* **-lat·ed; -lat·ing** [LL *circ[...]* *bulatus*, pp. of *circumambulare*, fr. L *circum-* + *ambulare* to [...] (1606) : to circle on foot esp. ritualistically — **cir·cum·am·bu[...]** \-,am-byə-'lā-shən\ *n*
**cir·cum·cen·ter** \'sər-kᵊm-,sen-tər\ *n* (ca. 1889) : the point at wh[...] perpendicular bisectors of the sides of a triangle intersect and w[...] equidistant from the three vertices
**cir·cum·cir·cle** \-,sər-kəl\ *n* (1885) : a circle which passes thro[...] the vertices of a polygon (as a triangle)
**cir·cum·cise** \'sər-kᵊm-,sīz\ *vt* **-cised; -cis·ing** [ME, fr. L *circ[...]* pp. of *circumcidere*, fr. *circum-* + *caedere* to cut] (13c) **1** : to [...] the foreskin of (a male) or the prepuce of (a female) **2** : to cu[...] or part of the external genitalia and esp. the clitoris and labia mi[...] (a female) — **cir·cum·cis·er** *n*
**cir·cum·ci·sion** \,sər-kᵊm-'si-zhən, 'sər-kᵊm-,\ *n* (12c) **1 a** : th[...] circumcising; *esp* : a Jewish rite performed on male infants as a [...] inclusion in the Jewish religious community **b** : the conditio[...] ing circumcised **2** *cap* : January 1 observed as a festival i[...] churches in commemoration of the circumcision of Jesus
**cir·cum·fer·ence** \sə(r)-'kəm(p)-fərn(t)s, -f(ə-)rən(t)s\ *n* [ME, fr. [...] L; MF, fr. L *circumferentia*, fr. *circumferre* to carry around, fr. [...] + *ferre* to carry — more at BEAR] (14c) **1** : the perimeter of a ci[...] : the external boundary or surface of a figure or object : PERIPH[...]
**cir·cum·fer·en·tial** \-,kəm(p)-fə-'ren(t)-shəl\ *adj*
**¹cir·cum·flex** \'sər-kᵊm-,fleks\ *adj* [L *circumflexus*, pp. of *circum[...]* to bend around, mark with a circumflex, fr. *circum-* + *flectere* [...] (ca. 1577) **1** : characterized by the pitch, quantity, or quality [...] ed by a circumflex **2** : marked with a circumflex
**²circumflex** *n* (1609) : a mark ˆ, ˜, or ˉ orig. used in Greek o[...] vowels to indicate a rising-falling tone and in other languages [...] length, contraction, or a particular vowel quality
**cir·cum·flu·ent** \(,)sər-'kəm-flü-ənt\ *adj* [fr. L *circumfluent-*, *c[...]* *ens*, prp. of *circumfluere* to flow around, fr. *circum-* + *fluere* to [...] more at FLUID] (1577) : flowing round or surrounding in the ma[...] a fluid — **cir·cum·flu·ous** \(,)sər-'kəm-flü-əs\ *adj*
**cir·cum·fuse** \,sər-kᵊm-'fyüz\ *vt* **-fused; -fus·ing** [L *circum[...]* of *circumfundere* to pour around, fr. *circum-* + *fundere* to pour [...] at FOUND] (1605) : SURROUND 1 — **cir·cum·fu·sion** \-'fyü-zh[...]
**cir·cum·ja·cent** \,sər-kᵊm-'jā-sᵊnt\ *adj* [L *circumjacent-*, *circ[...]* prp. of *circumjacēre* to lie around, fr. *circum-* + *jacēre* to lie — [...] ADJACENT] (15c) : lying adjacent on all sides : SURROUNDING
**cir·cum·lo·cu·tion** \,sər-kᵊm-lō-'kyü-shən\ *n* [ME *circumlocu[...]* L *circumlocution-*, *circumlocutio*, fr. *circum-* + *locutio* speech, [...] to speak] (15c) **1** : the use of an unnecessarily large number [...] to express an idea **2** : evasion in speech — **cir·cum·loc·u·to[...]** kyə-,tȯr-ē\ *adj*
**cir·cum·lu·nar** \,sər-kəm-'lü-nər\ *adj* (ca. 1909) : revolving [...] surrounding the moon ⟨a ~ orbit⟩
**cir·cum·nav·i·gate** \-'na-və-,gāt\ *vt* [L *circumnavigatus*, pp. [...] *navigare* to sail around, fr. *circum-* + *navigare* to navigate] (16[...]) completely around (as the earth) esp. by water; *also* : to go a[...]

[...]ss ⟨~ a congested ar[...] [...] *n* — **cir·cum·nav·i·g[...]** [...]kᵊm-'pō-lər\ *adj* (1686) [...] ⟨~ star⟩ **2** : surroundi[...] [...] ⟨~ current⟩ ⟨~ specie[...] [...]-səl, -,sī(-ə)l\ *adj* [L *cir[...]* [...]round, fr. *circum-* + *scinde[...]* [...]cing by fissure around th[...] [...] \'sər-kᵊm-,skrīb\ *vt* [ME ci[...] [...] + *scribere* to write, draw[...] [...] the range or activity of def[...] [...] *circumscribed*⟩ **b** : to defin[...] [...] species in a *circumscribed* a[...] [...] surround by or as if by a [...] [...]ees⟩ **3** : to construct or be [...] [...] so as to touch as many poin[...]
[...]tion \,sər-kᵊm-'skrip-shən\ [...] *circumscribere*] (1531) **1** : [...] [...] being circumscribed: as **a** : [...] [...] duties⟩ **b** : LIMITATION [...] : LIMIT, BOUNDARY **b** : REST[...] [...] circumscribed area or district [...] \'sər-kᵊm-,spekt\ *adj* [ME, fr [...] *spectus*, fr. pp. of *circumspicer[...]* [...] + *specere* to look — mor[...] [...]umstances and possible con[...] [...]ed a ~ response⟩ **syn** se[...] [...] \,sər-kᵊm-'spek-shən\ *n* — **cir[...]**
[...]ce \'sər-kᵊm-,stan(t)s, -stən(t)s [...] *circumstant-*, *circumstans*, pr[...] *circum-* + *stare* to stand — mor[...] [...] or event accompanying, co[...] [...] essential or inevitable concomit[...] [...] consideration⟩ **b** : a subor[...] [...] a minor ~ in this case⟩ **c** : [...] [...]bability or improbability of a[...] [...] weapon told against him⟩ ⟨the[...] [...]ntial and environmental fac[...] [...] and rapid change in econor[...] [...] : EVENTUALITY ⟨open reb[...] [...] a victim of ~*s*⟩ **c** *pl* : situa[...] [...]*s*⟩ ⟨rose from difficult ~[...] [...] ⟨pride, pomp, and ~ of [...] [...] constitutes a detail (as of [...] [...] each ~ in turn⟩ **syn** [...] [...] \-stan(t)st, -stən(t)st\ *adj* [...] esp. in regard to prope[...] [...] \,sər-kᵊm-'stan(t)-shəl\ *adj* [...] dependent on circumstance[...] [...] not essential : INCIDENTAL [...] : abounding in factual det[...] [...]MONIAL — **cir·cum·stan·ti[...]** [...]stan·tial·ly \-'stan(t)-sh(ə-)[...] [...]ENTIAL, MINUTE, PARTICUL[...] [...] fully and usu. point by po[...] [...] of detail that fixes somethin[...] [...]*stantial* account of our vis[...] [...]tion to the smallest deta[...] [...]CULAR implies a precise a[...] [...]ption of the scene of the c[...] [...] completeness of detail ⟨a [...]
[...]idence *n* (1736) : evidence [...] events or circumstances w[...] [...] of the occurrence of the [...] [...] \,sər-kᵊm-'stan(t)-shē-,āt [...] with circumstantial evidenc[...] [...] \'sər-kᵊm-'ste-lər\ *adj* (1951) [...] of a star ⟨~ dust⟩ [...] \-'va-,lāt\ *vt* **-lat·ed; -lat·ing** [...] round with siege works, [...] [...]ALL] (ca. 1798) : to surroun[...] [...]tion \-,va-'lā-shən\ *n* [...] \-,lāt, -'va-lət\ *adj* (ca. 18[...] [...] near the back of the [...] [...] marginal sulcus and sup[...] [...] flavors [...] \-kᵊm-'vent\ *vt* [L *circumven[...]* [...] to come — more at COME [...] around **2** : to manage to [...] [...] the setup ~ed the red ta[...] [...] \-'ven(t)-shən\ *n* [...] \,sər-,kəm-və-'lü-shən, ,sər-[...] [...] *volution-*, *circumvolut[...]* [...] *volvere* to roll — more at [...] [...] around an axis [...] *often attrib* [ME, fr. L, c[...] [...] a large arena enclosed by [...] [...] esp. for sports or specta[...] [...]nship, or in ancient tim[...] [...] **2 a** : an arena often covere[...] [...] including feats of physical [...] [...] clowns **b** : a circus perf[...] [...] and personnel of such a cir[...] [...] in frenzied activity, sens[...] [...] ~⟩ **3 a** *obs* : CIRC[...] [...] junction of streets — **ci[...]** [...] a catch (as in baseball [...] [...] spectacular effort [...] \-\ *n* [F, fr. pp. of *cirer* [...] at CERUMEN] (1921) **1**