# EXHIBIT 16

ATTORNEY DOCKET NO.:
080900.2835
(10031QRG)

PATENT APPLICATION
14/981,510

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | Peter Sleeman |
| Application No.: | 14/981,510 |
| Filing Date: | 28 December 2015 |
| Group Art Unit: | 2693 |
| Confirmation No.: | 4819 |
| Examiner: | Chun-Nan Lin |
| Title: | *Position-Sensing and Force Detection Panel* |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

## RESPONSE PURSUANT TO 37 C.F.R. § 1.116

In response to the final Office Action dated April 9, 2018, Applicant respectfully request the Examiner to reconsider the rejection of the claims in view of the following amendments and remarks.

**IN THE CLAIMS**

1-17. (Cancelled)

18. (Withdrawn) A sensor, comprising:

a voltage driver operable to provide an alternating voltage;

an integrator circuit;

a first variable resistance element coupled to a first output of the voltage driver and an input of the integrator circuit, wherein the integrator circuit is operable to measure a parameter of the first variable resistance element over a period of time; and

circuitry operable to determine, based on the measured parameter, an amount of force applied to a touch sensing panel.

19. (Withdrawn) The sensor of claim 18, wherein the parameter is current flowing through the variable resistance element.

20. (Withdrawn) The sensor of claim 18, further comprising a bias resistance element connected in parallel with the first variable resistance element.

21. (Withdrawn) The sensor of claim 18, further comprising a limiting resistance element connected in series with the first variable resistance element.

22. (Withdrawn) The sensor of claim 18, further comprising a second variable resistance element coupled with a second output of the voltage driver and the input of the integrator circuit.

23. (Withdrawn) The sensor of claim 22, further comprising a bias resistance element connected in parallel with the second variable resistance element.

24. (Withdrawn) The sensor of claim 22, further comprising a limiting resistance element connected in series with the second variable resistance element.

25. (Withdrawn) The sensor of claim 18, wherein the first input of the integrator circuit is at a voltage between a first voltage and a second voltage of the alternating voltage provided by the voltage driver.

26. (Withdrawn) The sensor of claim 18, wherein the circuitry is operable to determine an amount of force applied to the sensor using a differential measurement.

27. (Withdrawn) The sensor of claim 18, wherein the circuitry is further operable to determine a location in a sensing area of the touch sensing panel associated with the determined amount of force.

28. (Previously Presented) An apparatus, comprising:

a control unit comprising a voltage driver and an integrator circuit, the voltage driver operable to provide an alternating voltage;

a touch sensing panel operable to communicate with the control unit;

a first variable resistance element coupled to an output of the voltage driver and an input of the integrator circuit, wherein the integrator circuit is operable to measure a parameter of the first variable resistance element over a period of time, and wherein the first variable resistance element is operable to be driven by the alternating voltage provided by the voltage driver; and

circuitry operable to determine, based on the measured parameter, an amount of force applied to a sensing area of the touch sensing panel.

29. (Previously Presented) The apparatus of claim 28, wherein the parameter is current flowing through the first variable resistance element.

30. (Previously Presented) The apparatus of claim 28, further comprising a bias resistance element connected in parallel with the first variable resistance element.

31. (Previously Presented) The apparatus of claim 28, further comprising a limiting resistance element connected in series with the first variable resistance element.

32. (Previously Presented) The apparatus of claim 28, wherein the output of the voltage driver comprises a first output and further comprising a second variable resistance element coupled with a second output of the voltage driver and the input of the integrator circuit.

33. (Previously Presented) The apparatus of claim 32, further comprising a bias resistance element connected in parallel with the second variable resistance element.

34. (Previously Presented) The apparatus of claim 32, further comprising a limiting resistance element connected in series with the second variable resistance element.

35. (Previously Presented) The apparatus of claim 28, wherein the input of the integrator circuit is at a voltage between a first voltage and a second voltage of the alternating voltage provided by the voltage driver.

36. (Previously Presented) The apparatus of claim 28, wherein the circuitry is operable to determine an amount of force applied to the sensing area using a differential measurement.

37. **(Currently Amended)** The apparatus of claim 28, wherein the circuitry is further operable to determine ~~the location~~ **a location** in a sensing area of the touch sensing panel associated with the determined amount of force.

38. (Withdrawn) A circuit, comprising:

a voltage driver operable to provide an alternating voltage;

an integrator circuit;

a first resistive force sensitive element coupled to a first output of the voltage driver;

a first bias resistance element connected in parallel with the first resistive force sensitive element; and

a first limiting resistance element connected in series with the first resistive force sensitive element and the first bias resistance element, and coupled to an input of the integrator circuit.

39. (Withdrawn) The circuit of claim 38, further comprising:

a second resistive force sensitive resistance element coupled to a second output of the voltage driver;

a second bias resistance element connected in parallel with the second resistive force sensitive element; and

a second limiting resistance element connected in series with the second resistive force sensitive element and the second bias resistance element, and coupled to the input of the integrator circuit.

**REMARKS**

This application has been carefully reviewed in light of the final Office Action dated April 9, 2018 ("Office Action"). Claims 18-39 are pending in the Office Action, Claims 18-27, 38, and 39 are withdrawn from consideration, Claims 28-35 are allowed, and Claims 36 and 37 are rejected in the Office Action. Applicant respectfully requests reconsideration and allowance of all pending claims in view of the following remarks.

**Allowable Subject Matter**

Applicant appreciates the allowance of Claims 28-35.

**Claim Rejections - 35 U.S.C. §112**

Claims 36 and 37 are rejected in the Office Action under 35 U.S.C. 112(b) as "being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor . . . regards as the invention." In particular, the Office Action states that "circuity" lacks antecedent basis, but this is incorrect because Claim 28, from which Claims 36 and 37 depend, recites "circuity" in the second to last line of Claim 28 and therefore provides antecedent basis. Favorable action is requested. The Office Action also states that "location" in Claim 37 lacks antecedent basis. Applicant has amended Claim 37 to render moot this rejection. Favorable action is requested.

**Request for Evidentiary Support**

Should a rejection based on any of the above asserted rejections be maintained, Applicant respectfully requests appropriate evidentiary support. Additionally, if the Examiner is relying upon "common knowledge" or "well known " principles to establish the rejection, Applicant requests that a reference be provided in support of this position pursuant to M.P.E.P. § 2144.03. Furthermore, to the extent that the Examiner maintains any rejection based on an "Official Notice" or other information within the Examiner's personal knowledge, Applicant respectfully requests that the Examiner cite a reference as documentary evidence in support of this position or provide an affidavit in accordance with M.P.E.P. § 2144.03 and 37 C.F.R. 1.104(d)(2).

**No Waiver**

Applicant's arguments and amendments are made without prejudice or disclaimer. Additionally, Applicant has merely discussed example deficiencies in the rejection. Other deficiencies may exist, and Applicant reserves the right to discuss these additional deficiencies in a later submission, if appropriate. By not responding to additional statements made in the Office Action, Applicant does not acquiesce to the additional statements.

## CONCLUSION

Applicant has made an earnest attempt to place this case in condition for allowance. For the foregoing reasons and for other reasons clearly apparent, Applicant respectfully requests reconsideration and full allowance of all pending claims.

If the Examiner feels that a telephone conference would advance prosecution of this application in any manner, the Examiner is invited to contact Bradley P. Williams, Attorney for Applicant, at the Examiner's convenience at (214) 953-6447.

Applicant believes no fees are currently due for this submission. However, the Commissioner is hereby authorized to charge any necessary fees and credit any overpayments to Deposit Account No. 02-0384 of BAKER BOTTS L.L.P.

Respectfully submitted,

BAKER BOTTS L.L.P.
Attorneys for Applicant

Bradley P. Williams
Reg. No. 40,227

Date: 5/15/18

**Correspondence Address:**

at Customer No. **12323**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 32629892 |
| **Application Number:** | 14981510 |
| **International Application Number:** | |
| **Confirmation Number:** | 4819 |
| **Title of Invention:** | Position-Sensing and Force Detection Panel |
| **First Named Inventor/Applicant Name:** | Peter Sleeman |
| **Customer Number:** | 12323 |
| **Filer:** | Bradley P Williams/Linda Henretta |
| **Filer Authorized By:** | Bradley P Williams |
| **Attorney Docket Number:** | 080900.2835 |
| **Receipt Date:** | 15-MAY-2018 |
| **Filing Date:** | 28-DEC-2015 |
| **Time Stamp:** | 15:36:35 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 0809002835_ROA1116.pdf | 312429<br>93789c62de8065df5a54941612331f180356e2ee | yes | 8 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Response After Final Action | 1 | 1 |
| Claims | 2 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | 6 | 8 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 312429 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**

**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**

**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**

**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/981,510 | Filing Date<br>12/28/2015 | ☐ To be Mailed |
|---|---|---|---|

ENTITY: ☒ LARGE ☐ SMALL ☐ MICRO

## APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| AMENDMENT | 05/15/2018 | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 22 | Minus | ** 22 | = 0 | x $100 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | ***3 | = 0 | x $460 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

SLIE
KAREN VESTAL

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*