# EXHIBIT 17

# WEBSTER'S

## NEW UNIVERSAL

# UNABRIDGED DICTIONARY

*Fully Revised and Updated*

Based on the *Random House Webster's Unabridged Dictionary, Second Edition*

- Over 315,000 Entries
- 2,400 Spot Maps and Illustrations
- Special New-Words Section

# WEBSTER'S

## NEW UNIVERSAL

# UNABRIDGED DICTIONARY

With definitions based on the
*Random House Webster's Unabridged Dictionary, Second Edition*

BARNES & NOBLE
BOOKS
NEW YORK

Acknowledgments and Permissions

The "A Dictionary of the English Language" section of this book (*Webster's New Universal Unabridged Dictionary*) is based on the second edition of *The Random House Dictionary of the English Language, the Unabridged Edition*, copyright 2001, 1998, 1997, 1996, 1993, 1987.

© 1996 by Random House Value Publishing, Inc.
All rights reserved under International and Pan-American Copyright Conventions.

No part of this book may be reproduced or transmitted in any form or by any means electronic or mechanical including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the publisher.

This edition published by Barnes & Noble, Inc.
by arrangement with Random House Value Publishing, Inc.

2003 Barnes & Noble Publishing, Inc.

ISBN 0-7607-4975-2

Printed and bound in China by C&C Printing Co., LTD.

3 5 7 9 10 8 6 4

or putting off; postponement. **2.** a temporary exemption from induction into military service. [1605–15; DEFER[1] + -MENT]

**de·fer·ra·ble** (di fûr′ə bəl), *adj.* **1.** capable of being deferred or postponed: *a deferrable project.* **2.** qualified or eligible to receive a military deferment. —*n.* **3.** a person eligible for deferment from compulsory military service. Also, **deferable.** [1940–45; DEFER[1] + -ABLE]

**de·fer·ral** (di fûr′əl), *n.* deferment. [DEFER[1] + -AL[2]]

**de·ferred** (di fûrd′), *adj.* **1.** postponed or delayed. **2.** suspended or withheld for or until a certain time or event: *a deferred payment; deferred taxes.* **3.** classified as temporarily exempt from induction into military service. [1645–55; DEFER[1] + -ED[2]]

**deferred′ annu′ity,** an annuity that starts at the end of a specified period or after the annuitant reaches a certain age. Cf. **immediate annuity.**

**deferred′ charge′,** an expenditure shown as a cost of operation carried forward and written off in one or more future periods.

**deferred′ share′,** *Chiefly Brit.* a share of stock on which a dividend is not paid until some fixed date or until some conditional event. [1880–85]

**de·fer·vesce** (dē′fər ves′, def′ər-), *v.i.,* **-vesced, -vesc·ing.** to undergo defervescence. [1855–60; back formation from DEFERVESCENCE]

**de·fer·ves·cence** (dē′fər ves′əns, def′ər-), *n. Med.* abatement of fever. [1715–25; < G *Deferveszenz* < L *dēfervēsc(ent-)* (s. of *dēfervēscēns,* prp. of *dēfervēscere,* equiv. to *dē-* DE + *fervēscere* to begin to boil) + -ENCE; see EFFERVESCENT] —**de′fer·ves′cent,** *adj.*

**de·fi·ance** (di fī′əns), *n.* **1.** a daring or bold resistance to authority or to any opposing force. **2.** open disregard; contempt (often fol. by *of*): *defiance of danger; His refusal amounted to defiance.* **3.** a challenge to meet in combat or in a contest. **4. bid defiance to,** to offer resistance; defy. **5. in defiance of,** in spite of; notwithstanding: *There was a splendid audience in defiance of the rainstorm.* [1250–1300; ME < OF, equiv. to *defi(er)* to DEFY + *-ance* -ANCE]

**De·fi·ance** (di fī′əns), *n.* a city in NW Ohio. 16,810.

**de·fi·ant** (di fī′ənt), *adj.* characterized by defiance; boldly resistant or challenging: *a defiant attitude.* [1830–40; < F *défiant,* OF, prp. of *defier* to DEFY; see -ANT] —**de·fi′ant·ly,** *adv.* —**de·fi′ant·ness,** *n.* —**Syn.** insubordinate, contumacious, refractory.

**de·fi·ber** (dē fī′bər), *v.t.* defibrate. [DE- + FIBER]

**de·fi·bered** (dē fī′bərd), *adj.* (of food) having little or no natural fiber, typically as the result of commercial refining or processing. [DE- + FIBER + -ED[2]]

**de·fi·ber·ize** (dē fī′bə rīz′), *v.t.,* **-ized, -iz·ing.** defibrate. Also, *esp. Brit.,* **de·fi′ber·ise′.** [DE- + FIBER + -IZE]

**de·fi·brate** (dē fī′brāt), *v.t.,* **-brat·ed, -brat·ing.** to break (wood, paper, garbage, etc.) into fibrous components; reduce to fibers. [DE- + FIBR- + -ATE[1]]

**de·fib·ril·late** (dē fib′rə lāt′, -fī′brə-), *v.t.,* **-lat·ed, -lat·ing.** *Med.* to arrest the fibrillation of (heart muscle) by applying electric shock across the chest, thus depolarizing the heart cells and allowing normal rhythm to return. [1930–35; DE- + *fibrillate,* back formation from FIBRILLATION] —**de·fib′ril·la′tion,** *n.*

**de·fib·ril·la·tor** (dē fib′rə lā′tər, -fī′brə-), *n. Med.* an agent or device for arresting fibrillation of the atrial or ventricular muscles of the heart. [1955–60; DE- + FIBRILL(ATION) + -ATOR]

**de·fi·bri·nate** (dē fī′brə nāt′), *v.t.,* **-nat·ed, -nat·ing.** *Med.* to remove fibrin from (blood). [1835–45; DE- + FIBRIN + -ATE[1]] —**de·fi′bri·na′tion,** *n.*

**de·fi·cience** (di fish′əns), *n. Obs.* deficiency.

**de·fi·cien·cy** (di fish′ən sē), *n., pl.* **-cies. 1.** the state of being deficient; lack; incompleteness; insufficiency. **2.** the amount lacked; a deficit. [1625–35; < LL *dēficientia,* L *dēficient-* (s. of *dēficiēns*). See DEFICIENT, -ENCY] —**Syn. 1.** shortage, inadequacy, paucity, scarcity.

**defi′ciency account′,** an account summarizing the financial condition of an individual or company in danger of bankruptcy. Also called **defi′ciency state′ment.**

**defi′ciency disease′,** *Pathol.* any illness associated with an insufficient supply of one or more essential dietary constituents. [1910–15]

**defi′ciency judg′ment,** *Law.* a judgment in favor of a creditor who has not satisfied the full amount of a claim against a debtor.

**de·fi·cient** (di fish′ənt), *adj.* **1.** lacking some element or characteristic; defective: *deficient in taste.* **2.** insufficient; inadequate: *deficient knowledge.* —*n.* **3.** a person who is deficient, esp. one who is mentally defective. [1575–85; < L *dēficient-* (s. of *dēficiēns,* prp. of *dēficere* to fail, run short, lack, weaken), equiv. to *dē-* DE- + *fic-,* comb. form of *facere* to make, DO[1] + thematic *-i-* + *-ent-* -ENT] —**de·fi′cient·ly,** *adv.*

**defi′cient num′ber,** *Math.* a positive number that is greater than the sum of all positive integers that are submultiples of it, as 10, which is greater than the sum of 1, 2, and 5. Also called **defective number.** Cf. **abundant number, perfect number.** [1720–30]

**def·i·cit** (def′ə sit; *Brit. also* di fis′it), *n.* **1.** the amount by which a sum of money falls short of the required amount. **2.** the amount by which expenditures or liabilities exceed income or assets. **3.** a lack or shortage; deficiency. **4.** a disadvantage or handicap: *The team's major deficit is its poor pitching.* **5.** a loss, as in the operation of a business. [1775–85; < L *dēficit* (it) lacks, 3rd pers. sing. pres. indic. of *dēficere;* see DEFICIENT]

**def′icit finan′cing,** (esp. of a government) expenditures in excess of public revenues, made possible typically by borrowing.

**def′icit spend′ing,** the practice of spending funds in excess of income, esp. by a government. [1935–40]

***de fi·de*** (de fē′de; *Eng.* dē fī′dē), *Latin.* of the faith: a phrase used in the Roman Catholic Church to qualify certain teachings as being divinely revealed, belief in them therefore being obligatory.

**de·fi·er** (di fī′ər), *n.* a person who defies. [1575–85; DEFY + -ER[1]]

**def·i·lade** (def′ə lād′), *n., v.,* **-lad·ed, -lad·ing.** —*n.* **1.** protection or shielding from hostile ground observation and flat projecting fire provided by an artificial or natural obstacle, as a hill. —*v.t.* **2.** to shield from enemy fire by using natural or artificial obstacles. [1820–30; < F *défil(er),* orig. to unthread (equiv. to *dé-* DIS-[1] + *(en)filer* to thread << L *fīlum* thread) + F *-ade* -ADE[1]]

**de·file**[1] (di fīl′), *v.t.,* **-filed, -fil·ing. 1.** to make foul, dirty, or unclean; pollute; taint; debase. **2.** to violate the chastity of. **3.** to make impure for ceremonial use; desecrate. **4.** to sully, as a person's reputation. [1275–1325; ME *defilen, defelen,* alter. of *defoilen* (by assoc. with *filen* to FILE[3]) < AF, OF *defouler* to trample on, violate; cf. OE *befȳlan* to befoul] —**de·fil′a·ble,** *adj.* —**de·file′ment,** *n.* —**de·fil′er,** *n.* —**de·fil′ing·ly,** *adv.*

**de·file**[2] (di fīl′, dē′fīl), *n., v.,* **-filed, -fil·ing.** —*n.* **1.** any narrow passage, esp. between mountains. —*v.i.* **2.** to march in a line or by files. [1675–85; < F *défilé,* n. use of ptp. of *défiler* to file off; see DEFILADE]

**de·fine** (di fīn′), *v.,* **-fined, -fin·ing.** —*v.t.* **1.** to state or set forth the meaning of (a word, phrase, etc.): *They disagreed on how to define "liberal."* **2.** to explain or identify the nature or essential qualities of; describe: *to define judicial functions.* **3.** to fix or lay down definitely; specify distinctly: *to define one's responsibilities.* **4.** to determine or fix the boundaries or extent of: *to define property with stakes.* **5.** to make clear the outline or form of: *The roof was boldly defined against the sky.* —*v.i.* **6.** to set forth the meaning of a word, phrase, etc.; construct a definition. [1325–75; ME *def(f)inen* < AF, OF *definer* to put an end to < L *dēfīnīre* to limit, define, equiv. to *dē-* DE- + *fīnīre;* see FINISH] —**de·fin′a·ble,** *adj.* —**de·fin′a·bil′i·ty,** *n.* —**de·fin′a·bly,** *adv.* —**de·fine′ment,** *n.* —**de·fin′er,** *n.*
—**Syn. 3.** state, name, describe, detail, enumerate.

**de·fin·i·en·dum** (di fin′ē en′dəm), *n., pl.* **-da** (-də). **1.** something that is or is to be defined, esp. the term at the head of a dictionary entry. **2.** *Logic.* an expression to be defined in terms of another expression previously defined. Cf. **definiens.** [1870–75; < L *dēfīniendum,* neut. ger. of *dēfīnīre;* see DEFINE]

**de·fin·i·ens** (di fin′ē ənz), *n., pl.* **de·fin·i·en·tia** (di fin′ē en′shə, -shē ə). **1.** something that defines, esp. the defining part of a dictionary entry. **2.** *Logic.* an expression in terms of which another may be adequately defined. Cf. **definiendum.** [1870–75; < L *dēfīniēns,* prp. of *dēfīnīre;* see DEFINE]

**defin′ing mo′ment,** a point at which the essential nature or character of a person, group, etc., is revealed or identified. [1980–85]

**def·i·nite** (def′ə nit), *adj.* **1.** clearly defined or determined; not vague or general; fixed; precise; exact: *a definite quantity; definite directions.* **2.** having fixed limits; bounded with precision: *a definite area.* **3.** positive; certain; sure: *It is definite that he will take the job.* **4.** defining; limiting. **5.** *Bot.* (of an inflorescence) determinate. [1520–30; < L *dēfīnītus* limited, precise, ptp. of *dēfīnīre;* see DEFINE, -ITE[2]] —**def′i·nite·ness,** *n.*
—**Syn. 1.** specific, particular. **2.** well-defined.

**def′inite ar′ticle,** *Gram.* an article, as English *the,* that classes as identified or definite the noun it modifies. [1755–65]

**def′inite in′tegral,** *Math.* the representation, usually in symbolic form, of the difference in values of a primitive of a given function evaluated at two designated points. Cf. **indefinite integral.** [1875–80]

**def·i·nite·ly** (def′ə nit lē), *adv.* **1.** in a definite manner; unambiguously. **2.** unequivocally; positively. —*interj.* **3.** (used to express complete agreement or strong affirmation): *Are you starting your diet tomorrow? Definitely!* [1575–85; DEFINITE + -LY]
—**Syn. 1.** See **clearly. 2.** absolutely, certainly.

**def′inite rel′ative clause′,** a relative clause with a definite relative pronoun as subordinating word, as *that they said* in *We heard the things that they said.*

**def′inite rel′ative pro′noun,** a relative pronoun that refers to an antecedent, as *who* in *It was I who told you.*

**def·i·ni·tion** (def′ə nish′ən), *n.* **1.** the act of defining or making definite, distinct, or clear. **2.** the formal statement of the meaning or significance of a word, phrase, etc. **3.** the condition of being definite, distinct, or clearly outlined. **4.** *Optics.* sharpness of the image formed by an optical system. **5.** *Radio and Television.* the accuracy of sound or picture reproduction. [1350–1400; ME *diffinicioun* < OF *diffinition* < L *dēfīnītiōn-* (s. of *dēfīnītiō*), equiv. to *dēfīnīt(us)* (see DEFINITE) + *-iōn-* -ION] —**def′i·ni′tion·al,** *adj.* —**def′i·ni′tion·al·ly,** *adv.*

**de·fin·i·tive** (di fin′i tiv), *adj.* **1.** most reliable or complete, as of a text, author, criticism, study, or the like: *the definitive biography of Andrew Jackson.* **2.** serving to define, fix, or specify definitely: *to clarify with a definitive statement.* **3.** having its fixed and final form; providing a solution or final answer; satisfying all criteria: *the definitive treatment for an infection; a definitive answer to a dilemma.* **4.** *Biol.* fully developed or formed; complete. —*n.* **5.** a defining or limiting word, as an article, a demonstrative, or the like. **6.** *Philately.* a stamp that is a regular issue and is usually on sale for an extended period of time. Cf. **commemorative** (def. 2). [1350–1400; ME < OF < L *dēfīnītīvus,* equiv. to *dēfīnīt(us)* (see DEFINITE) + *-īvus* -IVE] —**de·fin′i·tive·ly,** *adv.* —**de·fin′i·tive·ness,** *n.*
—**Syn. 3.** complete, absolute, ultimate, supreme.

**defin′itive host′,** *Zool.* the host in or on which a parasite spends the sexual stage of its life cycle. [1900–05]

**defin′itive plum′age,** *Ornith.* the plumage of a bird that, once attained, does not change significantly in color or pattern for the rest of the bird's life.

**def·i·nit·ize** (def′ə ni tīz′, di fin′i-), *v.t.,* **-ized, -iz·ing.** to cause to become definite; crystallize. Also, *esp. Brit.,* **def′i·nit·ise′.** [1875–80; DEFINITE + -IZE]

**de·fin·i·tude** (di fin′i to͞od′, -tyo͞od′), *n.* definiteness; exactitude; precision. [1830–40; DEFINITE + -TUDE]

**def·la·grate** (def′lə grāt′), *v.t., v.i.,* **-grat·ed, -grat·ing.** to burn, esp. suddenly and violently. [1720–30; < L *dēflagrātus* (ptp. of *dēflagrāre* to burn down), equiv. to *dē-* DE- + *flagr(āre)* to burn + *-ātus* -ATE[1]] —**def′la·gra·ble,** *adj.* —**def′la·gra·bil′i·ty,** *n.* —**def′la·gra′tion,** *n.*

**de·flate** (di flāt′), *v.,* **-flat·ed, -flat·ing.** —*v.t.* **1.** to release the air or gas from (something inflated, as a balloon): *They deflated the tires slightly to allow the truck to drive under the overpass.* **2.** to depress or reduce (a person or a person's ego, hopes, spirits, etc.); puncture; dash: *Her rebuff thoroughly deflated me.* **3.** to reduce (currency, prices, etc.) from an inflated condition; to affect with deflation. —*v.i.* **4.** to become deflated. [1890–95; < L *dēflātus* blown off, away (ptp. of *dēflāre*), equiv. to *dē-* DE- + *fl(āre)* to blow + *-ātus* -ATE[1]] —**de·fla′tor,** *n.*

**de·fla·tion** (di flā′shən), *n.* **1.** the act of deflating or the state of being deflated. **2.** *Econ.* a fall in the general price level or a contraction of credit and available money (opposed to *inflation*). Cf. **disinflation. 3.** the erosion of sand, soil, etc., by the action of the wind. [1890–95; DEFLATE + -ION] —**de·fla′tion·ar′y,** *adj.* —**de·fla′tion·ism,** *n.* —**de·fla′tion·ist,** *n., adj.*

**defla′tionary spi′ral.** See under **spiral** (def. 7).

**de·flect** (di flekt′), *v.t., v.i.* to bend or turn aside; turn from a true course or straight line; swerve. [1545–55; < L *dēflectere* to bend down, turn aside, equiv. to *dē-* DE- + *flectere* to bend, turn] —**de·flect′a·ble,** *adj.* —**de·flec′tor,** *n.*

**de·flect·ed** (di flek′tid), *adj. Biol.* **1.** curved or bent downward. **2.** deflexed. [1820–30; DEFLECT + -ED[2]]

**deflect′ing force′,** *Physics.* See **Coriolis effect.**

**de·flec·tion** (di flek′shən), *n.* **1.** the act or state of deflecting or the state of being deflected. **2.** amount of deviation. **3.** the deviation of the indicator of an instrument from the position taken as zero. **4.** *Optics.* deviation (def. 5a). **5.** *Mil.* the angle formed by the line of sight to the target and the line of sight to the point at which a gun is aimed so as to strike the target. **6.** *Electronics.* (in a cathode-ray tube) the bending by a magnetic field of the beam of electrons leaving the electron gun. Also, *Brit.,* **de·flex′ion.** [1595–1605; < LL *dēflexiōn-* (s. of *dēflexiō*), equiv. to L *dēflex(us)* (ptp. of *dēflectere;* see DEFLECT) + *-iōn-* -ION]

**deflec′tion yoke′,** *Electronics.* an assembly of one or more coils through which a controlled current is passed to produce a magnetic field for deflecting a beam of electrons, as in a picture tube. Also called **yoke.**

**de·flec·tive** (di flek′tiv), *adj.* causing deflection. [1805–15; DEFLECT + -IVE]

**de·flexed** (di flekst′), *adj. Biol.* **1.** bent abruptly downward. **2.** deflected. [1820–30; < L *dēflex(us)* bent down (see DEFLECTION) + -ED[2]]

**de·floc·cu·lant** (dē flok′yə lənt), *n. Ceram.* a chemical added to slip to increase fluidity. [1925–30; DEFLOCCUL(ATE) + -ANT]

**de·floc·cu·late** (dē flok′yə lāt′), *v.t.,* **-lat·ed, -lat·ing.** *Physical Chem.* to reduce from a flocculent state by dispersing the flocculated particles. [1905–10; DE- + FLOCCULATE] —**de·floc′cu·la′tion,** *n.*

**def·lo·ra·tion** (def′lə rā′shən, dē′flə-), *n.* the act of deflowering. [1350–1400; ME *defloracioun* < OF *defloracion* < LL *dēflōrātiōn-* (s. of *dēflōrātiō*) a plucking of flowers, equiv. to *dēflōrāt(us)* (ptp. of *dēflōrāre* to DEFLOWER) + *-iōn-* -ION]

**de·flow·er** (di flou′ər), *v.t.* **1.** to deprive (a woman) of virginity. **2.** to despoil of beauty, freshness, sanctity, etc. **3.** to deprive or strip of flowers: *The deer had deflowered an entire section of the garden.* [1350–1400; ME *deflouren* < OF *desflorer* < L *dēflōrāre,* equiv. to *dē-* DE- + *flōr-,* s. of *flōs* FLOWER + *-āre* inf. suffix] —**de·flow′er·er,** *n.*

**de·flux·ion** (di fluk′shən), *n. Pathol.* a copious discharge of fluid matter, as in catarrh. [1540–50; < LL *dēfluxiōn-* (s. of *dēfluxiō*) a flowing down, discharge, equiv. to L *dē-* DE- + *fluxiōn-* FLUXION]

**de·fo·cus** (dē fō′kəs), *v.,* **-cused, -cus·ing** or (*esp. Brit.*) **-cussed, -cus·sing,** *n., pl.* **-cus·es.** —*v.t.* **1.** to cause loss of focus of: *The slightest movement will defocus the microscope.* **2.** to interrupt or disturb (concentration, attention, etc.). **3.** to disturb the concentration or awareness of (someone). —*v.i.* **4.** to lose or go out of focus. **5.** to lose concentration or awareness; become distracted. —*n.* **6.** the result of defocusing, as a blurred photographic image. [1930–35; DE- + FOCUS]

**De·foe** (di fō′), *n.* **Daniel** 1659?–1731, English novelist and political journalist. Also, **De Foe′.**

**de·fog** (dē fog′, -fôg′), *v.t.,* **-fogged, -fog·ging. 1.** to remove the fog or moisture from (a car window, mirror, etc.). **2.** *Informal.* to make intelligible, specific, or obvious; clarify: *In a lengthy interview the mayor defogged the issues in the transit strike.* [1900–05; DE- + FOG[1]]

**de·fog·ger** (dē fog′ər, -fô′gər), *n.* defroster (def. 2). [DEFOG + -ER[1]]

**de·fo·li·ant** (dē fō′lē ənt), *n.* a preparation for defoliating plants. [1940–45; DEFOLI(ATE) + -ANT]

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bo͝ok, bo͞ot, out; up, ûrge; child; sing; shoe; thin, *th*at; zh as in *treasure.* ə = *a* as in *alone, e* as in *system, i* as in *easily, o* as in *gallop, u* as in *circus;* ᵊ as in *fire* (fīᵊr), *hour* (ouᵊr). l and n can serve as syllabic consonants, as in *cradle* (krād′l), and *button* (but′n). See the full key inside the front cover.