**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| NEODRON LTD.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | Case No. 6:20-cv-00212-ADA<br><br>**JURY TRIAL DEMANDED**<br><br>Hon. Alan D Albright |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Neodron Ltd., ("Plaintiff") and Apple Inc., ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's defenses without prejudice. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's defenses are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: January 15, 2021

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE